# Exhibit 3

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA**

| | |
|---|---|
| **BRADLEY COX,** | **FILED** |
| | DISTRICT COURT |
| *Plaintiff,* | OKLAHOMA COUNTY, OKLAHOMA |
| | January 29, 2026 11:12 AM |
| **v.** | RICK WARREN, COURT CLERK |
| | CASE NO. Case Number CJ-2026-790 |
| **STATE FARM FIRE AND CASUALTY COMPANY, AND JEREL WRIGHT.** | |
| | |
| *Defendants.* | |

## ENTRY OF APPEARANCE

Reggie Whitten, Michael Burrage, Blake Sonne, Hannah Whitten, John S. Sanders and Jake Denne hereby enter their appearance as counsel of record for Plaintiff, Bradley Cox, in the above captioned case.

Respectfully submitted,

*Reggie Whitten*

Reggie N. Whitten, OBA No. 9576
Michael Burrage, OBA No. 1350
Blake Sonne, OBA No. 20341
Hannah Whitten, OBA No. 35261
John S. Sanders, OBA No. 34990
Jake Denne, OBA No. 35097
**WHITTEN BURRAGE**
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Office:          405.516.7800
Facsimile:     405.516.7859
rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com
bsonne@whittenburragelaw.com
hwhitten@whittenburragelaw.com
jsanders@whittenburragelaw.com
jdenne@whittenburragelaw.com
***Attorneys for Plaintiff***

**EXHIBIT
3**