# Exhibit 4

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

**BRADLEY COX,**

  *Plaintiff,*

**v.**

**STATE FARM FIRE AND
CASUALTY COMPANY, AND JEREL
WRIGHT.**

  *Defendants.*

**ISSUED**
DISTRICT COURT
OKLAHOMA COUNTY, OKLAHOM
**CASE NO. CJ-2026-790**   March 04, 2026 2:15 PM
RICK WARREN, COURT CLERK
Case Number CJ-2026-790

By _____

### Summons

To the above-named Defendant:    **Jerel Wright**
**NW 132nd St,**
**Oklahoma City, OK 73142**

  You have been sued by the above-named Plaintiffs, and you are directed to file a written answer to the attached Petition in the Court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorneys for the Plaintiffs. Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

  Issued this _____ day of March, 2026.

  **RICK WARREN, COURT CLERK**

(SEAL)

By: _____
    Deputy Court Clerk

**ATTORNEYS OF RECORD FOR PLAINTIFFS:**
 Reggie N. Whitten, OBA #9576
 Michael Burrage, OBA #1350
 Blake Sonne, OBA #20341
 Hannah Whitten, OBA #35261
 WHITTEN BURRAGE
 512 North Broadway Avenue, Suite 300
 Oklahoma City, OK 73102
 Telephone:    (405) 516-7800
 Facsimile:    (405) 516-7859
 rwhitten@whittenburragelaw.com
 mburrage@whittenburragelaw.com

This summons was served on: _____
                               (date of service)

_____
Signature of person serving summons
YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

**EXHIBIT**
**4**

## RETURN OF SERVICE
## PERSONAL SERVICE

I certify that I received the foregoing summons on the ____ day of _____, 20___, and that I delivered a copy of said Summons with a copy of the Petition attached to the following named Defendant personally in _____ County at the address and on the date set forth opposite each name, to-wit:

Name of Defendant                    Address                    Date of Service
_____

## USUAL PLACE OF RESIDENCE

I certify that I received the foregoing Summons on the _____ day of _____, 20___, and that I served _____ by leaving a copy of said Summons with a copy of the Petition attached at _____ which is his usual place of residence with _____, a member of his family fifteen (15) years of age or older.

## CORPORATION RETURN

Received this Summons the _____ day of _____, 20___, and as commanded therein, I summoned the within named Defendant, as follows, to-wit: _____, a corporation, on the _____ day of _____, 20___, by delivering a true and correct copy of the Petition to _____, he/she being the _____ of said corporation, and the President, Vice President, Secretary, Treasurer or other chief officer not being found in said County.

## NOT FOUND

Received this Summons this _____ day of _____, 20___, I certify that the following persons of the Defendant _____ within named not found in county: _____.

## FEES

Fee for service $ _____ Mileage $ _____ Total $ _____
Dated this _____ day of _____, 20___.

_____, Sheriff
By: _____
Deputy, _____ County, Oklahoma

## CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing Summons with a copy of the Petition attached to the following named Defendant at the address shown by certified mail, addressee only, return receipt requested, on the ____ day of _____, _____, and receipt thereof on the dates shown.

Defendant                    Address Where Served                    Date Receipted
_____
_____
_____
_____

By:
_____

2