# Exhibit 6

*Bradley Cox*

# PROOF OF SERVICE
# AFFIDAVIT

*1064684735*

*State Farm Fire and Casualty Company, and Jerel Wright* vs.

To: *Jerel Wright*

Case No. *CJ-2026-790*

County *OK*

Date Rec. *3/5/2026*

Court Date _____

Client *Whitten Barrage*

---

I, being duly sworn, certify that I received on *3/5*, 20*26* the following documents:

[X] Summons w/Petition
[ ] Amended Petition/Complaint
[ ] Petition/3rd Party Defendant
[ ] Small Claims Affidavit
[ ] Forcible Entry & Detainer
[ ] Hearing on Assets
[ ] Citation for Contempt
[ ] Other

[ ] Injunction
[ ] Garnishment
[ ] Subpoena Duces Tecum
[ ] Deposition Subpoena
[ ] Witness Fees
[ ] Notice to Take Deposition
[ ] Notice of Hearing

[ ] Motion to Modify
[ ] Motion for Leave/Vacate/Enter
[ ] Motion/Summary Judgment
[ ] Motion/Deficiency Judgment
[ ] Request for Admissions
[ ] Request for Production
[ ] Order/Affidavit

[ ] Interrogations
[ ] Brief-Plaintiff's/Defendant's
[ ] Journal Entry
[ ] Cross/Counter Claim
[ ] Lis Pendens
[ ] Letter
[ ] Temporary Restraining Order

*Ex Y    Ex C*

FILED IN DISTRICT COURT
OKLAHOMA COUNTY
MAR 10 2026
RICK WARREN
COURT CLERK

---

METHOD OF SERVICE: And served the same according to law in the following manner, to wit:

**PERSONAL SERVICE**

[X] by delivering a true copy of said process personally to *Jerel Wright*, *5761 NW 132nd St OKC OK 73142*    Date: *3/9/2026*    Time: *1 PM*    at

[ ] by delivering a true copy of said process personally to _____    Date: _____    Time: _____    at

**USUAL PLACE OF RESIDENCE**

[ ] by leaving a true copy of said process for _____ a resident/family member, fifteen years of age or older, at _____ with _____ which is his/her usual place of residence.    Date: _____    Time: _____

**CORPORATION/PARTNERASHIP, ETC.**

[ ] by delivering a true copy of said process to _____ being the service agent, agent in charge, an officer or partner of said entity, to wit: _____ he/she/it, _____ at _____    Date: _____    Time: _____

**POSTED SERVICE**

[ ] by affixing a true copy of said process to the premises located at _____ which is in the possession of the defendant to wit: _____

**SERVICE BY MAIL**

[ ] by mailing a true copy of said process to _____ restricted delivery, return receipt requested, at _____ by certified mail.    Date: _____

**NOT FOUND**

[ ] Said process WAS NOT SERVED on the following named for reasons stated: _____

**OTHER INFORMATION**

[ ] _____

Subscribed and sworn to before me this _____ day of _____ 20 ____.

Notary Public _____    Commission Exp. _____
(SEAL)

Fee for service $ *80*
Mileage $ _____    Total $ *80*

Undersigned declares under penalty of perjury that the foregoing is true and correct.

*[signature]*    *3/9/2026*
Name of Server    (date)

License No. **PSS- 2024-34**

EXHIBIT
**6**

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

BRADLEY COX,

*Plaintiff,*

v.

STATE FARM FIRE AND
CASUALTY COMPANY, AND JEREL
WRIGHT.

*Defendants.*

**ISSUED**
DISTRICT COURT
OKLAHOMA COUNTY, OKLAHOM

**CASE NO. CJ-2026-790**   March 04, 2026 2:15 PM

RICK WARREN, COURT CLERK

Case Number CJ-2026-790

By _Rick Warren_

### Summons

To the above-named Defendant:          **Jerel Wright**
              *5761*          NW 132nd St,
              Oklahoma City, OK 73142

You have been sued by the above-named Plaintiffs, and you are directed to file a written answer to the attached Petition in the Court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorneys for the Plaintiffs. Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this _____ day of March, 2026.

RICK WARREN, COURT CLERK

(SEAL)

By: _Sonya Pridemore_
        Deputy Court Clerk

ATTORNEYS OF RECORD FOR PLAINTIFFS:
Reggie N. Whitten, OBA #9576
Michael Burrage, OBA #1350
Blake Sonne, OBA #20341
Hannah Whitten, OBA #35261
WHITTEN BURRAGE
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Telephone:    (405) 516-7800
Facsimile:    (405) 516-7859
rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com

This summons was served on: __3/6/2026__
_____ (date of service)
_Dan Beard PISI024-34_
Signature of person serving summons

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.