# Exhibit 8

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

MAR 3 0 2026

RICK WARREN
COURT CLERK

128 _____

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

BRADLEY COX,                                    )
                                                )
     Plaintiff,                                )
                                                )
v.                                              )
                                                )   Case No. CJ-2026-790
                                                )
STATE FARM FIRE AND CASUALTY                    )
COMPANY, and JEREL WRIGHT,                      )
                                                )
     Defendants.                               )

## ENTRY OF APPEARANCE

Amanda M. Finch, of the firm Crowe & Dunlevy, hereby enters her appearance in this case as counsel on behalf of Defendants State Farm Fire and Casualty Company and Jerel Wright pursuant to 12 O.S. § 2005.2(A).

Respectfully submitted,

Amanda M. Finch, OBA #34650
**CROWE & DUNLEVY, PC**
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-7700
Facsimile: (405) 239-6651
amanda.finch@crowedunlevy.com

**ATTORNEYS FOR DEFENDANTS STATE FARM FIRE AND CASUALTY COMPANY AND JEREL WRIGHT**

**EXHIBIT**
**8**

## CERTIFICATE OF SERVICE

This is to certify that on the 30th day of March, 2026, the undersigned caused a true and correct copy of the above and foregoing to be mailed to:

Reggie N. Whitten
Michael Burrage
Blake Sonne
Hannah Whitten
John S. Sanders
Jake Denne
**WHITTEN BURRAGE**
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102

_____
Amanda M. Finch

2

6221582