# Exhibit 9

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

MAR 3 0 2026

RICK WARREN
COURT CLERK

128 _____

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA**

|  |  |  |
|---|---|---|
| BRADLEY COX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. CJ-2026-790 |
| STATE FARM FIRE AND CASUALTY | ) | |
| COMPANY, and JEREL WRIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Timila S. Rother, of the firm Crowe & Dunlevy, hereby enters her appearance in this case as counsel on behalf of Defendants State Farm Fire and Casualty Company and Jerel Wright pursuant to 12 O.S. § 2005.2(A).

Respectfully submitted,

Timila S. Rother, OBA #14310
**CROWE & DUNLEVY, PC**
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, Oklahoma 73102
Telephone:  (405) 235-7700
Facsimile:  (405) 239-6651
timila.rother@crowedunlevy.com

**ATTORNEYS FOR DEFENDANTS STATE
FARM FIRE AND CASUALTY COMPANY
AND JEREL WRIGHT**

**EXHIBIT
9**

## CERTIFICATE OF SERVICE

This is to certify that on the 30th day of March, 2026, the undersigned caused a true and correct copy of the above and foregoing to be mailed to:

Reggie N. Whitten
Michael Burrage
Blake Sonne
Hannah Whitten
John S. Sanders
Jake Denne
**WHITTEN BURRAGE**
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102

Timila S. Rother

2

6221585