# Exhibit 12

State Farm Fire and Casualty Company
A Stock Company With Home Offices In Bloomington, Illinois

PO Box 853907
Richardson, TX 75085-3907

AT2          H-26-1770-FAD4  F  H W
     001294 3200
COX, BRADLEY MICHAEL & FARAH
BROOKE
4636 NW 160TH TER
EDMOND OK   73013-3244



||||||ᵖᵖ|ₗᵢ||ᵖ|dₗₗ||ᵖ|ᵗ|ₗ|ᵢ||||ᵖ|ᵖ|ₚᵖ||ₐₙₜ|ᵗ|ᵗ|ₗₗ

| POLICY NUMBER | 36-BD-E747-9 |
|---|---|
| **HOMEOWNERS AVAILABLE COVERAGE NOTICE** | |
| | **SEE RENEWAL DECLARATIONS** |

IT IS IMPORTANT THAT YOU OCCASIONALLY REVIEW THE COVERAGE S AND LIMITS IN YOUR HOMEOWNERS POLICY TO BE CERTAIN YOUR NEEDS ARE BEING MET. THE FOLLOW ING INFORMATION WILL ASSIST YOU IN THE REVIEW PROCESS.

THE COVERAGE LIMITS FOR COVERAGE A - DWELLING, COVERAGE B - PERSONAL PROPERTY, COVERAGE L - PERSONAL LIABILITY, AND COVERAGE M - MEDICAL PAYMENTS TO  OTHERS ARE LISTED ON THE ACCOMPANYING RENEWAL DECLARATIONS. PLEASE REVIEW THESE LIMITS TO DETER MINE IF THEY ARE ADEQUATE IN THE EVENT OF A LOSS.

THE FOLLOWING IS A PARTIAL LIST OF THE OPTIONAL COVERAGES YOU HAVE **NOT** ADDED TO YOUR POLICY. THEY MAY BE AVAILABLE TO YOU FOR AN ADDITIONAL PREMIUM.

Business Property (for higher limits)

Business Pursuits Liability (for teachers, school administrators, sales persons, and clerical employees)

Child Care Liability (for those providing child care in their home)

Firearms (for broadened coverage and higher limits)

Incidental Business Liability (for those with an incidental office, studio, or school in the home)

Jewelry and Furs (for broadened coverage and higher limits)

Loss Assessment (for neighborhoods with Homeowners Associations)

Nurses' Professional Liability (for those in the nursing profession)

Personal Injury (for your liability to others caused by certain acts of libel, slander, invasion of privacy, or false arrest)

Silverware/Goldware (for broadened coverage and higher limits)

Adult Day Care Liability (for those providing adult day care in their home)

Energy Efficiency Upgrade (for replacing damaged heating unit, air conditioning unit, or water heater with equipment that is more energy efficient)

Home Rental (for those who rent out their home for more than 30 nights yearly)

**Continued on Reverse Side**

Prepared  FEB 11 2022

**Agent**        JEREL WRIGHT
**Telephone**    (405) 722-6696  or  (405) 722-9131

005648  420
N      GA,GB,R3,EH



**EXHIBIT**

12

Home Systems Protection (for covering the breakdown of permanently installed equipment)

Service Line (for the cost of repairing damaged underground utility lines)

Increased Personal Property (for higher limits above the standard policy limit, which is a percentage of your Coverage A-Dwelling amount)

This notice contains only a general description of the co verages and is not a contract. All coverages are subject to the provisions in the policy itself. Should you have a need for any of these coverages or high er limits, contact your State Farm Agent to discuss details, cost and eligibility.

## IMPORTANT INFORMATION ABOUT DAMAGE CAUSED BY FLOODING

This policy does not cover damage to your property caused   by flooding. You may be eligible for such coverage through the National Flood Insurance Program ("NFIP"), if you live in  a participating community. For more information, contact your State Farm® agent or visit floodsmart.gov.

State Farm Fire and Casualty Company
*A Stock Company With Home Offices in Bloomington, Illinois*

PO Box 853907
Richardson, TX 75085-3907

H-26-1770-FAD4  F  H W
3200
COX, BRADLEY MICHAEL & FARAH
BROOKE
4636 NW 160TH TER
EDMOND OK  73013-3244



# &.StateFarm·

# RENEWAL DECLARATIONS

---

**AMOUNT DUE:**                              **None**

**Payment is due by  TO BE PAID BY MORTGAGEE**

---

**Policy Number:**     36-BD-E747-9

**Policy Period:**   12 Months
**Effective Dates:** APR 03 2022 to APR 03 2023
The policy period begins and ends at 12:01 am standard
time at the residence premises.

**Your State Farm Agent**
JEREL WRIGHT
5761 NW 132ND ST
OKLAHOMA CITY OK    73142-4437

**Phone: (405) 722-6696  or  (405) 722-9131**

## Homeowners Policy

**Location of Residence Premises**
4636 NW 160TH TER
EDMOND OK  73013-3244

| | |
|---|---|
| **Construction:** | Masonry Veneer |
| **Year Built:** | 2008 |

**Roof Material:** Composition Shingle
**Roof Installation Year:**  2013

**Automatic Renewal**
If the **POLICY PERIOD** is shown as **12 MONTHS,** this policy will be renewed automatically subject to the premiums, rules, and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

## IMPORTANT MESSAGES

NOTICE: Information concerning changes in your policy language is included.  Please call your agent with any questions.
Coverage A has increased $58,400.00 over last year.
Please help us update the data used to determine your premium. Contact your agent with the year each of
your home's utilities (heating/cooling, plumbing, or electrical) and roof were last updated.

## PREMIUM

| | | |
|---|---|---|
| Annual Premium | | $3,215.00 |
| *Your premium has already been adjusted by the following:* | | |
| Utility Rating Credit | Home Alert Discount | |
| Hail Resistive Roof | Home/Auto Discount | |
| Claim Record Discount | Loyal Customer | |

| | |
|---|---|
| **Total Premium** | **$3,215.00** |

Prepared  FEB 11 2022
HO-2000
005649   420
N      GA,GB,R3,EH

*Thanks for letting us serve you...*

Page 1 of 4

(o1F1000B)  04-04-2016

**&State Farm®**

| NAMED INSURED | MORTGAGEE AND ADDITIONAL INTERESTS |
|---|---|

COX, BRADLEY MICHAEL & FARAH
BROOKE

Mortgagee
BOKF NA DBA BANK OF OKLAHOMA    Loan Number:
ISAOA ATIMA    0004294894
PO BOX 1550
SPRINGFIELD OH  45501-1550

## SECTION I - PROPERTY COVERAGES AND LIMITS

| Coverage | Limit of Liability |
|---|---|
| A Dwelling | $ 636,600 |
| Other Structures | $ 63,660 |
| B Personal Property | $ 477,450 |
| C Loss of Use | $ 190,980 |

**Additional Coverages**

| | |
|---|---|
| Arson Reward | $1,000 |
| Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money | $1,000 |
| Debris Removal | Additional 5% available/$1,000 tree debris |
| Fire Department Service Charge | $500 per occurrence |
| Fuel Oil Release | $10,000 |
| Locks and Remote Devices | $1,000 |
| Trees, Shrubs, and Landscaping | 5% of Coverage A amount/$750 per item |

## SECTION II - LIABILITY COVERAGES AND LIMITS

| Coverage | Limit of Liability |
|---|---|
| L Personal Liability (Each Occurrence) | $ 300,000 |
| Damage to the Property of Others | $ 1,000 |
| M Medical Payments to Others (Each Person) | $ 5,000 |

## INFLATION

Inflation Coverage Index: 304.9

## DEDUCTIBLES

| Section I Deductible | Deductible Amount |
|---|---|
| Earthquake  5% | $ 31,830 |
| Other Losses 1% | $ 6,366 |

## LOSS SETTLEMENT PROVISIONS

A1  Replacement Cost - Similar Construction
B1  Limited Replacement Cost - Coverage B

FEB 11 2022

A1313Fo1

**&State Farm·**

36-BD-E747-9

## FORMS, OPTIONS, AND ENDORSEMENTS

| | |
|---|---|
| HW-2136 | Homeowners Policy |
| Option ID | Increase Dwlg up to $127,320 |
| Option OL | Ordinance/Law   10%/   $63,660 |
| Option JF | Jewelry and Furs $1,500 Each |
| | Article/$2,500 Aggregate |
| HO-2609 | Cyber/ID Restoration/Fraud Cov |
| HO-2310 | Amendatory Endorsement |
| HO-2356 | Amendatory End - Liability |
| HO-2444.2 | *Back-Up Of Sewer Or Drain – |
| | 5% of Coverage A/$ 31,830 |
| HO-2414.1 | *Earthquake Endorsement |
| | *New Form Attached |

## ADDITIONAL MESSAGES

State Farm® works hard to offer you the best combination of price, service, and protection. The amount you pay for homeowners insurance is determined by many factors such as the coverages you have, the type of construction, the likelihood of future claims, and information from consumers reports.

**Other limits and exclusions may apply – refer to your policy**

Your policy consists of these Declarations, the Homeowners Policy shown above, and any other forms and endorsements that apply, including those shown above as well as those issued subsequent to the issuance of this policy.

This policy is issued by the State Farm Fire and Casualty Company.

**Participating Policy**

You are entitled to participate in a distribution of the earnings of the company as determined by our Board of Directors in accordance with the Company's Articles of Incorporation, as amended.

In Witness Whereof, the State Farm Fire and Casualty Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

*Lynne M. Yaukel*
Secretary

*Michael Tipton*
President

Prepared  FEB 11 2022
HO-2000
005650   420
N



**Your coverage amount....**
It is up to you to choose the coverages and limits that meet your needs. We recommend that you purchase a coverage limit at least equal to the estimated replacement cost of your home. Replacement cost estimates are available from building contractors and replacement cost appraisers, or, your agent can provide an Xactware estimate using information you provide about your home. We can accept the type of estimate you choose as long as it provides a reasonable level of detail about your home. State Farm® does not guarantee that any estimate will be the actual future cost to rebuild your home. Higher limits are available at higher premiums. Lower limits are also available, which if selected may make certain coverages unavailable to you. We encourage you to periodically review your coverages and limits with your agent and to notify us of any changes or additions to your home.

HO-2000

36-BD-E747-9     005651

HO-2444.2C
Page 1 of 2

# IMPORTANT NOTICE

## Regarding Changes to Your Policy



Effective with this policy term, HO-2444.2 BACK-UP OF SEWER OR DRAIN ENDORSEMENT (Homeowners) replaces HO-2444 BACK-UP OF SEWER OR DRAIN ENDORSEMENT (Homeowners).

This notice summarizes the changes being made to your policy. Please read the new endorsement carefully and note the following changes:

- Language has been added to describe how COVERAGE C – LOSS OF USE, Option OL – Building Ordinance or Law, and other SECTION I – ADDITIONAL COVERAGES apply to this endorsement.

Endorsement HO-2444.2 follows this notice. Please read it thoroughly and place it with your policy. If you have any questions about the information in this notice, please contact your State Farm® agent.

---

DISCLAIMER: This notice only provides a general summary of changes to your State Farm policy. This notice is not a statement of contract. This notice does not change, modify, or invalidate the provisions, terms, or conditions as set forth in your State Farm policy booklet, the most recently issued declarations, and any applicable endorsements.

---

## BACK-UP OF SEWER OR DRAIN ENDORSEMENT (Homeowners)

This endorsement modifies insurance provided under the following: HOMEOWNERS POLICY

The following is added to SECTION I – ADDITIONAL COVERAGES:

Back-up of Sewer or Drain. *We* will pay for accidental direct physical loss to the *dwelling* and covered personal property located within the *dwelling*, caused by back-up of water or sewage, subject to the following:

a. The back-up must be directly and immediately caused solely by water or sewage:

   (1) from outside the *residence premises* plumbing system that enters through a sewer or drain located inside the interior of the *dwelling*; or

   (2) that enters into and overflows from within a sump pump, sump pump well, or any other system located inside the interior of the *dwelling* designed to remove subsurface water drained from the foundation area.

b. Coverage does not apply to:

   (1) losses resulting from *your* failure to:

       (a) keep a sump pump or its related equipment in proper working condition; or

       (b) perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions; or

   (2) losses that occur or are in progress within the first 5 days of the inception of this endorsement. This limitation does not apply when:

(a) this endorsement is attached to a newly issued policy; or

(b) this endorsement is attached to replace another Back-Up of Sewer or Drain Endorsement. However, if this endorsement's coverage limits are higher than those of the endorsement it replaces, then the limitation described in (2) above applies only to the increase in coverage limits.

c. If *you* request an increase to the coverage limit for this endorsement, the increased coverage limit does not apply to losses that occur or are in progress within the first 5 days of *your* request.

d. The total limit of insurance provided by this endorsement will not exceed the amount determined by applying the Back-Up Of Sewer Or Drain percentage (%) shown in the *Declarations* to the COVERAGE A – DWELLING limit shown in the *Declarations*, as adjusted by the inflation coverage provisions of this policy. This is an additional amount of insurance.

e. The deductible for each loss under this coverage is the amount shown in the *Declarations* under Section I Deductible for "Other Losses" or "All Losses", whichever applies.

f. When applicable, the following coverages apply to a loss covered by this endorsement:

   (1) COVERAGE C – LOSS OF USE;

   (2) SECTION I – ADDITIONAL COVERAGES; and

©, Copyright, State Farm Mutual Automobile Insurance Company, 2020

HO-2444.2C
Page 2 of 2

(3) Option OL – Building Ordinance or Law, only if this option is shown in the *Declarations*.

Any payments made for these coverages are included in, and not in addition to, the limit of insurance described in item d. above.

For purposes of this endorsement only:

a. SECTION I – LOSSES INSURED, item 12.b.(2) is deleted from the policy.

b. SECTION I – LOSSES NOT INSURED, Water is replaced by:

Water, meaning:

(1) flood;

(2) surface water. This does not include water solely caused by the release of water from a swimming pool, spigot, sprinkler system, hose, or hydrant;

(3) waves (including tidal wave, tsunami, and seiche);

(4) tides or tidal water;

(5) overflow of any body of water (including any release, escape, or rising of any body of water, or any water held, contained, controlled, or diverted by a dam, levee, dike, or any type of water containment, diversion, or flood control device);

(6) spray or surge from any of the items c.(1) through c.(5) described above, all whether driven by wind or not;

(7) water or sewage from outside the *residence premises* plumbing system that enters through sewers or drains, or water or sewage that enters into and overflows from within a sump pump, sump pump well, or any other system designed to remove subsurface water that is drained from the foundation area;

except as specifically provided in SECTION I – ADDITIONAL COVERAGES, Back-Up of Sewer or Drain

(8) water or sewage below the surface of the ground, including water or sewage that exerts pressure on, or seeps or leaks through a *building structure*, sidewalk, driveway, swimming pool, or other structure; or

(9) material carried or otherwise moved by any of the water or sewage, as described in items c.(1) through c.(8) above.

However, *we* will pay for any accidental direct physical loss by fire, explosion, or theft resulting from water, provided the resulting loss is itself a *loss insured*.

c. SECTION I – CONDITIONS, Other Insurance is replaced by:

Other Insurance. This coverage is excess over other valid and collectible insurance.

All other policy provisions apply.

HO-2444.2

©, Copyright, State Farm Mutual Automobile Insurance Company, 2020

(CONTINUED)

36-BD-E747-9     005652

HO-2414.1C
Page 1 of 2

# IMPORTANT NOTICE

## Regarding Changes to Your Policy



Effective with this policy term, HO-2414.1 EARTHQUAKE AND VOLCANIC EXPLOSION ENDORSE-MENT (Homeowners) replaces HO-2414 EARTHQUAKE AND VOLCANIC EXPLOSION ENDORSE-MENT (Homeowners).

This notice summarizes the changes being made to your policy. Please read the new endorsement carefully and note the following changes:

- Language has been added to describe how COVERAGE C – LOSS OF USE, Option OL – Building Ordinance or Law, and other SECTION I – ADDITIONAL COVERAGES apply to this endorsement.

Endorsement HO-2414.1 follows this notice. Please read it thoroughly and place it with your policy. If you have any questions about the information in this notice, please contact your State Farm® agent.

DISCLAIMER: This notice only provides a general summary of changes to your State Farm policy. This notice is not a statement of contract. This notice does not change, modify, or invalidate the provisions, terms, or conditions as set forth in your State Farm policy booklet, the most recently issued declarations, and any applicable endorsements.

## EARTHQUAKE AND VOLCANIC EXPLOSION ENDORSEMENT (Homeowners)

This endorsement modifies insurance provided under the following: HOMEOWNERS POLICY

The following is added to SECTION I – ADDITIONAL COVERAGES:

Earthquake and Volcanic Explosion. *We* will pay for accidental direct physical loss to covered property resulting from an earthquake or volcanic explosion when the loss is directly and immediately caused by:

a. ground shock waves;

b. ground tremors;

c. ground liquefaction; or

d. damaging amplification of ground motion;

subject to the following:

(1) *We* will not pay for, under this endorsement, loss arising from earthquake activity or volcanic explosion that begins before the inception of this endorsement.

But, if this endorsement replaces earthquake insurance that excludes loss that occurs after the expiration of the policy, *we* will pay for loss covered by this endorsement due to an earthquake or volcanic explosion that occurs on or after the inception of this endorsement, if the series of earthquake shocks or tremors or volcanic explosions began within 168 hours prior to the inception of this insurance.

(2) All earthquake activity or volcanic explosions that occurs within any 168-hour period will constitute a single loss. The expiration of this policy will not reduce the 168-hour period.

(3) Deductible: The deductible for loss caused by earthquake or volcanic explosion is the amount determined by applying the Earthquake deductible percentage (%) shown in the *Declarations*, to the COVERAGE A – DWELLING limit shown in the *Declarations*.

This deductible applies to all losses covered under this endorsement. The deductible will be subtracted from the total amount of the loss and will apply in place of any other deductible stated in this policy.

(4) This coverage does not increase the limit applying to the damaged property.

(5) When applicable, the following coverages apply to a loss covered by this endorsement:

a. COVERAGE C – LOSS OF USE;

b. SECTION I – ADDITIONAL COVERAGES; and

c. Option OL – Building Ordinance or Law, only if this option is shown in the *Declarations*.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2020

HO-2414.1C
Page 2 of 2

For the purposes of this endorsement only SECTION I – LOSSES NOT INSURED, 2.b. Earth Movement is replaced with the following:

b. Earth Movement, meaning the sinking, rising, shifting, expanding, or contracting of earth, all regardless of whether combined with water, sewage, or any material carried by, or otherwise moved by the earth. Earth movement includes but is not limited to:

(1) earthquake, except as specifically provided in SECTION I – ADDITIONAL COVERAGES, Earthquake and Volcanic Explosion;

(2) landslide, mudslide, or mudflow;

(3) sinkhole or subsidence;

(4) movement resulting from:

(a) improper compaction;

(b) site selection;

(c) natural resource extraction activities;

(d) excavation;

(5) erosion;

(6) pressure by surface or subsurface earth or fill; or

(7) any volcanic activity, except as specifically provided in SECTION I – ADDITIONAL COVERAGES, Volcanic Action or SECTION I – ADDITIONAL COVERAGES, Earthquake and Volcanic Explosion.

However, *we* will pay for any accidental direct physical loss by fire resulting from earth movement, provided the resulting fire loss is itself a *loss insured.*

All other policy provisions apply.

HO-2414.1

©, Copyright, State Farm Mutual Automobile Insurance Company, 2020

36-BD-E747-9     005653

553-2634.1

## PREMIUM DISCOUNT AVAILABLE FOR USE OF IMPACT-RESISTIVE ROOFING PRODUCTS



State Farm® offers a premium discount for homes that have qualified impact-resistive roofing materials.

Underwriters Laboratories (UL) and Factory Mutual (FM) are nationally recognized testing laboratories that develop safety standards and test products to verify they meet specific performance standards. Both UL and FM have developed testing standards that measure the impact resistance of various roofing materials. The roofing products tested by UL and FM are rated from Class 1 to Class 4, with Class 4 providing the greatest roofing protection.

State Farm offers a premium discount when qualified UL certified or FM approved Class 3 or Class 4 roofing materials have been installed on your home. The discount applies to both new and replacement roofs installed since May 1996 with UL certified products, and since July 2005 with FM approved products.

Discounts are not available for wood roofs, or roofs (other than qualifying metal roofs) that have been overlaid on to existing roofing. Discounts are also subject to limitations and may not be available on all UL or FM Class 3 and 4 impact-resistant roofing products.

Manufacturers continue to bring UL certified and FM approved roofing products to the consumer marketplace. You can visit our web site at http://www.statefarm.com/insurance/other/roofinfo.asp for a list of qualifying products in your state.

If you have any questions about the discounts available for installing an impact-resistive roof or to see if your roof qualifies, please contact your State Farm agent.

**This discount program does not constitute an endorsement or any warranty of performance on the part of State Farm for any particular roofing product. Please research and determine what roofing material is best suited for your home, location and environmental conditions.**

553-2634.1 (C)                    (12/09)

553-4157

## NOTICE TO POLICYHOLDER

For a comprehensive description of coverages and forms, please refer to your policy.

Policy changes that you requested before the "Date Prepared" on your Renewal Declarations are effective on the renewal date of this policy unless indicated otherwise by a separate endorsement, binder or Amended Declarations Page. Any coverage forms or endorsements included with your Renewal Declarations are effective on the renewal date of this policy.

Policy changes that you requested after the "Date Prepared" on your Renewal Declarations will be sent to you as an Amended Declarations Page or as an endorsement to your policy. You will be billed for any resulting premium increase later.

If you have acquired any valuable property items, made any improvements to your home, or have questions about your insurance coverage, please contact your State Farm® agent.

553-4157 (C)

(CONTINUED)

553-4156

## PREMIUM ADJUSTMENT

Insurance premiums have been adjusted and continue to reflect the expected cost of claims. Some policyholders will see their premiums increase while other policyholders may see their premiums decrease or stay the same. The amount your premium changed, if at all, depends on several factors including the expected claim experience in your area, the coverage you have, and any applicable discounts or charges.

The enclosed Renewal Declarations reflects your new premium.

State Farm® works hard to offer you the best combination of cost, protection, and service. We will continue doing our best to make the most effective use of your premium dollars and give you superior service when you need it.

If you have any questions about your premium, or policy coverages, please contact your State Farm agent.

553-4156

553-2798.1

## IMPORTANT NOTICE ABOUT YOUR POLICY

With our Claim Record Rating Plan, your savings will typically increase the fewer claims you have and the longer you're insured with State Farm®. We adjust premiums based on the number of claims under the rating plan. Depending on your state, claims under the plan generally include those resulting in a paid loss and may include weather-related claims where permitted. In addition, any claims with your prior insurer resulting in property damage or injury may also influence your premium.

Our Loyal Customer Discount provides a premium discount based on the number of years that you have been with us.

For more information about whether the Claim Record Rating Plan applies in your state, the claims we consider for the plan, or whether the Loyal Customer Discount is in effect in your state, please contact your State Farm agent.

553-2798.1