# Exhibit 14

COX, BRADLEY                                                                        36-44N9-59X



## State Farm

State Farm
P.O. Box 106169
Atlanta, GA  30348-6169
Fax: 1-844-236-3646
statefarmfireclaims@statefarm.com

## Structural Damage Claim Policy

This estimate is priced based on estimated market pricing for the cost of materials, labor, and other factors at the time of the loss.

Adjustments in market pricing and timing of the repairs may impact the final cost of covered repairs. Should you or the contractor you select have questions concerning our estimate, please contact us. If your contractor's estimate is higher than ours, you should contact us prior to beginning repairs. State Farm will work with you and your contractor to determine the actual and necessary cost of covered repairs at the time repairs will be completed, subject to policy terms, conditions and limits.

- We want you to receive quality repair work to restore the damages to your property.

- We will provide you with a detailed estimate of the scope of the damage and costs of repairs. Should the contractor you select have questions concerning our estimate, they should contact your claim representative directly.

- Depending upon the complexity of your repair, our estimate may or may not include an allowance for general contractor's overhead and profit. If you have questions regarding general contractor's overhead and profit and whether general contractor services are appropriate for your loss, please contact your claim representative before proceeding with repairs.

- There may be building codes, ordinances, laws, or regulations that affect the repairs of your property. These items may or may not be covered by your policy. Please contact your claim representative if you have any questions regarding coverage which may be available under your policy.

- State Farm® cannot authorize any contractor to proceed with work on your property. Repairs should proceed only with your authorization.

- State Farm does not guarantee the quality of the workmanship of any contractor or guarantee that the work will be accomplished within any specific time frame.

- It is understood that the contractor is hired by you, our insured, and that they work for you - not State Farm.

If you have any questions or need additional information regarding your claim, please contact your claim representative immediately.

**EXHIBIT 14**

Date:    3/5/2024 7:17 PM                                        132214.1  06-18-2009        Page: 1

36-44N9-59X

# 🐞 StateFarm®    Building Estimate Summary Guide

**This summary guide is based on a sample estimate and is provided for reference only.**
**Please refer to the estimate for specifics of your claim.**

## State Farm Insurance

| | | | |
|---|---|---|---|
| Insured: | Smith, Joe & Jane | Estimate: | 00-0000-000 |
| Property: | 1 Main Street | Claim number: | 00-0000-000 |
| | Anywhere, IL 00000-0000 | Policy Number: | 00-00-0000-0 |
| Type of Loss: | Other | Price List: | ILBL8F_MAR 13 |
| Deductible: | $1,000.00 | | Restoration/Service/ |
| | | | Remodel |
| | | | F = Factored In, |
| | | | D = Do Not Apply |

### Summary for Dwelling

| | | | |
|---|---|---|---|
| Line Item Total [1] | | | 5,953.10 |
| Material Sales Tax | @ | 10.000% x 1,520.00 | |
| Subtotal | | | 6,105.10 |
| General Contractor Overhead [2] | @ | 10.0% x 6,105.10 | 610.51 |
| General Contractor Profit | @ | 10.0% x 6,105.10 | |
| Replacement Cost Value (Including General Contractor Overhead and Profit [3] | | | 7,326.12 |
| Less Depreciation (Including Taxes) [4] | | | (832.50) |
| Less General Contractor Overhead & Profit on Recoverable & | | | |
| Non - recoverable Depreciation | | | (166.50) |
| Less Deductible [5] | | | |
| Net Actual Cash Value Payment [6] | | | |

### Maximum Additional Amounts Available If Incurred:

| | | |
|---|---|---|
| Total Line Item Depreciation (Including Taxes) [4] | 832.50 | |
| Less Non - recoverable Depreciation (Including Taxes) [7] | | |
| Subtotal | | 312.50 |
| General Contractor O&P on Depreciation | 166.50 | |
| Less General Contractor O&P on Non - recoverable Depreciation | | |
| Subtotal | | |
| Total Maximum Additional Amounts Available If Incurred [8] | | |
| Total Amount of Claim If Incurred [9] | | |

Claim Representative

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

1. **Line Item Total** – Total value of all line items in the estimate plus possible adjustments for *labor minimums. Labor Minimum* is to cover a certain minimum number of hours for drive-time, set up time and applicable administrative costs and repairs.

2. **General Contractor's Overhead and Profit** – General contractor's charge for coordinating your repairs.

3. **Replacement Cost Value (RCV)** – Estimated cost to repair or replace damaged property.

4. **Depreciation** – The decrease in the value of property over a period of time due to wear, tear, condition, and obsolescence. A portion or all of this amount may be eligible for replacement cost benefits.

5. **Deductible** – The insurer will pay for losses, up to the policy limits, in excess of your applicable deductible.

6. **Net Actual Cash Value Payment (ACV)** – The repair or replacement cost of the damaged part of the property less *depreciation* and *deductible*.

7. **Non Recoverable Depreciation** – *Depreciation* applied to items that are not eligible for replacement cost benefits.

8. **Total Maximum Additional Amount if Incurred** – Total amount of recoverable depreciation after actual repair or replacement of the property.

9. **Total Amount of Claim if Incurred** – Total amount of the claim, including *net actual cash value payment and total maximum additional amount available if incurred.*

## State Farm

COX, BRADLEY                                                                       36-44N9-59X

| | | | |
|---|---|---|---|
| Insured: | COX, BRADLEY | Estimate: | 36-44N9-59X |
| Property: | 4636 NW 160TH TER | Claim Number: | 3644N959X |
| | EDMOND, OK 73013-3244 | Policy Number: | 36BDE7479 |
| Home: | 405-330-8887 | Price List: | OKOC28_JAN23 |
| Cellular: | 405-226-4912 | | Restoration/Service/Remodel |
| Type of Loss: | Water Damage | | |
| Deductible: | $6,366.00 | | |
| Date of Loss: | 1/17/2023 | | |
| Date Inspected: | 2/2/2023 | | |

### Summary for Coverage A - Dwelling - 37 Water Damage and Freezing

| | |
|---|---|
| Line Item Total | 18,704.19 |
| Material Sales Tax | 109.42 |
| Subtotal | 18,813.61 |
| General Contractor Overhead | 569.62 |
| General Contractor Profit | 569.62 |
| Replacement Cost Value (Including General Contractor Overhead and Profit) | 19,952.85 |
| Less Depreciation (Including Taxes) | (448.04) |
| Less General Contractor Overhead & Profit on Recoverable & Non-recoverable Depreciation | (89.60) |
| Less Deductible | (6,366.00) |
| Less Prior Claim Payment | (6,569.66) |
| Net Actual Cash Value Payment | $6,479.55 |

### Maximum Additional Amounts Available If Incurred:

| | | |
|---|---|---|
| Total Line Item Depreciation (Including Taxes) | 448.04 | |
| General Contractor O&P on Depreciation | 89.60 | |
| Replacement Cost Benefits | 537.64 | |
| Total Remaining Maximum Additional Amount Available If Incurred | | 537.64 |
| Total Amount of Claim If Incurred | | $13,586.85 |

Abbage, Jerome
844-458-4300

## ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.

A residential or commercial roofing contractor providing repairs or improvement services to be paid by an insured from the proceeds of a property or casualty insurance policy shall not, as an inducement to the sale or provision of goods or services to an insured, advertise or promise to pay, directly or indirectly, all or part of any applicable insurance deductible or offer to compensate an insured for providing any service to the insured. If a roofing contractor violates the provisions of this section, the insurer to whom the insured tendered the claim shall not be obligated to consider the estimate prepared by the roofing contractor. Every roofing contractor shall provide a written notification of the requirements of this section with its initial estimate. The adjuster or insurer shall provide a written notification of the requirements of this section in the initial estimate relating to the claim.

## State Farm

COX, BRADLEY                                                                                  36-44N9-59X

| | | | |
|---|---|---|---|
| Insured: | COX, BRADLEY | Estimate: | 36-44N9-59X |
| Property: | 4636 NW 160TH TER | Claim Number: | 3644N959X |
| | EDMOND, OK 73013-3244 | Policy Number: | 36BDE7479 |
| Home: | 405-330-8887 | Price List: | OKOC28_JAN23 |
| Cellular: | 405-226-4912 | | Restoration/Service/Remodel |
| Type of Loss: | Water Damage | | |
| Deductible: | $0.00 | | |
| Date of Loss: | 1/17/2023 | | |
| Date Inspected: | 2/2/2023 | | |

### Summary for Coverage B - Personal Property - 38 Water Damage and Freezing - W

| | |
|---|---|
| Line Item Total | 3,249.03 |
| Replacement Cost Value | 3,249.03 |
| Less Deductible | (0.00) |
| Less Prior Claim Payment | (3,249.03) |
| Net Payment | $0.00 |

Abbage, Jerome

844-458-4300

## ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.

A residential or commercial roofing contractor providing repairs or improvement services to be paid by an insured from the proceeds of a property or casualty insurance policy shall not, as an inducement to the sale or provision of goods or services to an insured, advertise or promise to pay, directly or indirectly, all or part of any applicable insurance deductible or offer to compensate an insured for providing any service to the insured. If a roofing contractor violates the provisions of this section, the insurer to whom the insured tendered the claim shall not be obligated to consider the estimate prepared by the roofing contractor. Every roofing contractor shall provide a written notification of the requirements of this section with its initial estimate. The adjuster or insurer shall provide a written notification of the requirements of this section in the initial estimate relating to the claim.

**StateFarm**

## Explanation of Building Replacement Cost Benefits
## Homeowner Policy
## Coverage A - Dwelling - 37 Water Damage and Freezing

To:  Name:          COX, BRADLEY
     Address:       4636 NW 160TH TER
     City:          EDMOND
     State/Zip:     OK, 73013-3244

Insured:         COX, BRADLEY                    Claim Number:    3644N959X
Date of Loss:    1/17/2023                       Cause of Loss:   WATER

Your insurance policy provides replacement cost benefits for some or all of the loss or damage to your dwelling or structures. Replacement cost benefits pays the actual and necessary cost of repair or replacement, without a deduction for depreciation, subject to your policy's limit of liability. To receive replacement cost benefits you must:

1. Complete the actual repair or replacement of the damaged part of the property within two years of the date of loss;
2. Promptly notify us within 30 days after the work has been completed; and
3. Confirm completion of repair or replacement, by submitting invoices, receipts or other documentation to your agent or claim office.

Until these requirements have been satisfied, our payment(s) to you will be for the actual cash value of the damaged part of the property, which may include a deduction for depreciation.

Without waiving the above requirements, we will consider paying replacement cost benefits prior to actual repair or replacement if we determine repair or replacement costs will be incurred because repairs are substantially under way or you present a signed contract acceptable to us.

The estimate to repair or replace your damaged property is $19,952.85 . The enclosed claim payment to you of $6,479.55 is for the actual cash value of the damaged property at the time of loss, less any deductible that may apply. We determined the actual cash value by deducting depreciation from the estimated repair or replacement cost. Our estimate details the depreciation applied to your loss. Based on our estimate, the additional amount available to you for replacement cost benefits (recoverable depreciation) is $ 537.64 .

If you cannot have the repairs completed for the repair/replacement cost estimated, please contact your claim specialist prior to beginning repairs.

All policy provisions apply to your claim.

Date:    3/5/2024 7:17 PM                                    FC0006615 10/22/2020      Page: 5

## State Farm

COX, BRADLEY                                                                           36-44N9-59X

### Main Level

**Main Level**

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| Clean ductwork - Interior (PER REGISTER) | | | | | | | |
| 6.00 EA | 41.06 | 0.05 | 49.30 | 295.71 | | | 295.71 |
| Due to water getting into some of the floor ducts. | | | | | | | |
| * Sooner Hardwood Floors Repair Bid | | | | | | | |
| 1.00 EA | 13,118.12 EN | 0.00 | 0.00 | 13,118.12 | | | 13,118.12 |
| **Total: Main Level** | | **0.05** | **49.30** | **13,413.83** | | **0.00** | **13,413.83** |

---

**Office**                                                                            Height: 10'

| 423.86 SF Walls | 170.64 SF Ceiling |
|---|---|
| 594.50 SF Walls & Ceiling | 170.64 SF Floor |
| 51.64 LF Ceil. Perimeter | 40.72 LF Floor Perimeter |

| Window | 1' 3" X 6' 3" | Opens into Exterior |
|---|---|---|
| Window | 2' 1" X 6' 3" | Opens into Exterior |
| Window | 1' 3" X 6' 3" | Opens into Exterior |
| Door | 5' X 6' 8" | Opens into LIVING_ROOM |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| Remove Bookcase - built in - 12" - (SF of face area) | | | | | | | |
| 10.35 SF | 0.78 | 0.00 | 1.62 | 9.69 | | | 9.69 |
| To remove the rest of the water damaged wood floor in this room. | | | | | | | |
| Install Bookcase - built in - 12" - (SF of face area) | | | | | | | |
| 10.35 SF | 6.13 | 0.00 | 12.70 | 76.15 | | | 76.15 |
| Finish bookcase - 1 coat urethane | | | | | | | |
| 10.35 SF | 1.76 | 0.41 | 3.72 | 22.35 | 3/15 yrs Avg. | (4.46) 20.00% | 17.89 |
| Detach & Reset Window blind - PVC - 2" - 7.1 to 14 SF | | | | | | | |
| 3.00 EA | 33.21 | 0.00 | 19.92 | 119.55 | | | 119.55 |
| Remove Tear out wood flooring and subfloor | | | | | | | |
| 10.35 SF | | | | | | | PER ESTIMATE |
| Floor underneath the bookcase. | | | | | | | |
| Sprayed polyurethane foam - open cell - 4" | | | | | | | |
| 144.17 SF | 2.22 | 6.59 | 65.34 | 391.99 | 3/100 yrs Avg. | (11.76) 3.00% | 380.23 |
| Vapor barrier - visqueen - 6mil | | | | | | | |
| 85.32 SF | | | | | | | PER ESTIMATE |

Date:    3/5/2024 7:17 PM                                                              Page: 6

## State Farm

COX, BRADLEY

36-44N9-59X

### CONTINUED - Office

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| Underlayment - 1/2" BC plywood | | | | | | | |
| 85.32 SF | | | | | | | PER ESTIMATE |
| Vapor barrier - 15# felt | | | | | | | |
| 85.32 SF | | | | | | | PER ESTIMATE |
| Oak flooring - #1 common - no finish | | | | | | | |
| 85.32 SF | | | | | | | PER ESTIMATE |
| Half of the floor only was removed in this room. | | | | | | | |
| Sand, stain, and finish wood floor | | | | | | | |
| 170.64 SF | | | | | | | PER ESTIMATE |
| Add for dustless floor sanding | | | | | | | |
| 170.64 SF | | | | | | | PER ESTIMATE |
| Judges paneling - raised panel - hardwood | | | | | | | |
| 43.25 SF | 33.45 | 53.05 | 299.96 | 1,799.72 | 3/150 yrs Avg. | (35.99) 2.00% | 1,763.73 |
| Stain and finish wood judges paneling | | | | | | | |
| 122.16 SF | 4.74 | 3.48 | 116.50 | 699.02 | 3/15 yrs Avg. | (139.81) 20.00% | 559.21 |
| 1/2" drywall - hung, taped, floated, ready for paint | | | | | | | |
| 100.92 SF | 3.14 | 5.40 | 64.46 | 386.75 | 3/150 yrs Avg. | (7.73) 2.00% | 379.02 |
| Seal/prime then paint the surface area (2 coats) | | | | | | | |
| 100.92 SF | 0.95 | 1.65 | 19.52 | 117.04 | 3/15 yrs Avg. | (23.40) 20.00% | 93.64 |
| * Paint walls one coat less the walls being sealed/painted already | | | | | | | |
| 260.53 SF | 0.66 | 3.15 | 35.04 | 210.14 | 3/15 yrs Avg. | (42.02) 20.00% | 168.12 |
| Detach & Reset Baseboard - 5 1/4" stain grade | | | | | | | |
| 15.72 LF | 2.25 | 0.03 | 7.08 | 42.48 | | | 42.48 |
| Baseboard - 5 1/4" stain grade | | | | | | | |
| 25.00 LF | 6.07 | 9.16 | 32.20 | 193.11 | | | 193.11 |
| Stain & finish baseboard - oversized | | | | | | | |
| 25.00 LF | 1.78 | 0.63 | 9.02 | 54.15 | 3/15 yrs Avg. | (10.83) 20.00% | 43.32 |
| Finish baseboard - oversized - 1 coat urethane | | | | | | | |
| 15.72 LF | 1.13 | 0.30 | 3.62 | 21.68 | 3/15 yrs Avg. | (4.33) 20.00% | 17.35 |
| **Totals: Office** | | **83.85** | **690.70** | **4,143.82** | | **280.33** | **3,863.49** |

## State Farm

COX, BRADLEY                                                                                      36-44N9-59X

**Living Room**                                                                                  **Height: 10'**

| | |
|---|---|
| 1,086.63  SF Walls | 576.18  SF Ceiling |
| 1,662.81  SF Walls & Ceiling | 571.91  SF Floor |
| 115.41  LF Ceil. Perimeter | 107.00  LF Floor Perimeter |

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into HALL_CLOSET |
| Window | 2' 11" X 6' 9" | Opens into Exterior |
| Window | 2' 11" X 6' 9" | Opens into Exterior |
| Missing Wall | 10' 6" X 10' | Opens into DINING_ROOM |
| Door | 2' 6" X 6' 8" | Opens into BATHROOM |
| Door | 5' X 6' 8" | Opens into OFFICE |
| Door | 3' X 6' 8" | Opens into Exterior |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| Detach & Reset Window blind - PVC - 2" - 14.1 to 20 SF | | | | | | | |
| 2.00 EA | 33.21 | 0.00 | 13.28 | 79.70 | | | 79.70 |
| Paint the walls - one coat | | | | | | | |
| 1,086.63 SF | 0.66 | 13.12 | 146.06 | 876.36 | 3/15 yrs Avg. | (175.28) 20.00% | 701.08 |
| Allowing due to visible wall damage during baseboard removal. | | | | | | | |
| Vapor barrier - visqueen - 6mil | | | | | | | |
| 75.00 SF | | | | | | | PER ESTIMATE |
| Underlayment - 1/2" BC plywood | | | | | | | |
| 75.00 SF | | | | | | | PER ESTIMATE |
| Vapor barrier - 15# felt | | | | | | | |
| 75.00 SF | | | | | | | PER ESTIMATE |
| Oak flooring - #1 common - no finish | | | | | | | |
| 75.00 SF | | | | | | | PER ESTIMATE |
| Small area of flooring removed in this room. | | | | | | | |
| Sand, stain, and finish wood floor | | | | | | | |
| 571.91 SF | | | | | | | PER ESTIMATE |
| Add for dustless floor sanding | | | | | | | |
| 571.91 SF | | | | | | | PER ESTIMATE |
| Detach & Reset Baseboard - 5 1/4" stain grade | | | | | | | |
| 89.00 LF | 2.25 | 0.15 | 40.10 | 240.50 | | | 240.50 |
| Baseboard - 5 1/4" stain grade | | | | | | | |
| 18.00 LF | 6.07 | 6.60 | 23.18 | 139.04 | 3/150 yrs Avg. | (2.78) 2.00% | 136.26 |
| Stain & finish baseboard - oversized | | | | | | | |
| 18.00 LF | 1.78 | 0.45 | 6.50 | 38.99 | 3/15 yrs Avg. | (7.80) 20.00% | 31.19 |
| Finish baseboard - oversized - 1 coat urethane | | | | | | | |
| 89.00 LF | 1.13 | 1.69 | 20.46 | 122.72 | 3/15 yrs Avg. | (24.55) 20.00% | 98.17 |

Date:    3/5/2024 7:17 PM                                                                          Page: 8

## State Farm

COX, BRADLEY

36-44N9-59X

### CONTINUED - Living Room

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Living Room | | 22.01 | 249.58 | 1,497.31 | | 210.41 | 1,286.90 |

**Hall Closet**                                                                                  Height: 8'

| 93.33 SF Walls | 7.81 SF Ceiling |
| 101.15 SF Walls & Ceiling | 7.81 SF Floor |
| 11.67 LF Ceil. Perimeter | 11.67 LF Floor Perimeter |

Door                          2' 6" X 6' 8"                          Opens into LIVING_ROOM

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| Detach & Reset Baseboard - 5 1/4" stain grade | | | | | | | |
| 11.67 LF | 2.25 | 0.02 | 5.26 | 31.54 | | | 31.54 |
| Finish baseboard - oversized - 1 coat urethane | | | | | | | |
| 11.67 LF | 1.13 | 0.22 | 2.68 | 16.09 | 3/15 yrs Avg. | (3.22) 20.00% | 12.87 |
| Sand, stain, and finish wood floor | | | | | | | |
| 7.81 SF | | | | | | | PER ESTIMATE |
| Add for dustless floor sanding | | | | | | | |
| 7.81 SF | | | | | | | PER ESTIMATE |
| Totals: Hall Closet | | 0.24 | 7.94 | 47.63 | | 3.22 | 44.41 |

Date:    3/5/2024 7:17 PM

## State Farm

COX, BRADLEY                                                          36-44N9-59X

**Dining Room**                                                      Height: 10'

| | |
|---|---|
| 270.83 SF Walls | 174.13 SF Ceiling |
| 444.96 SF Walls & Ceiling | 174.13 SF Floor |
| 27.08 LF Ceil. Perimeter | 27.08 LF Floor Perimeter |

| | | |
|---|---|---|
| Missing Wall | 10' 6" X 10' | Opens into LIVING_ROOM |
| Missing Wall | 16' 5" X 10' | Opens into Exterior |
| Door | 2' 8" X 6' 8" | Opens into Exterior |
| Window | 2' 11" X 6' 9" | Opens into Exterior |
| Window | 2' 11" X 6' 9" | Opens into Exterior |
| Window | 2' 11" X 6' 9" | Opens into Exterior |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| Detach & Reset Window blind - PVC - 2" - 14.1 to 20 SF | | | | | | | |
| 3.00 EA | 33.21 | 0.00 | 19.92 | 119.55 | | | 119.55 |
| Paint the walls – one coat | | | | | | | |
| 270.83 SF | 0.66 | 3.27 | 36.42 | 218.44 | 3/15 yrs Avg. | (43.68) 20.00% | 174.76 |
| Open to the Living Room with no natural break on the walls. | | | | | | | |
| **Totals: Dining Room** | | **3.27** | **56.34** | **337.99** | | **43.68** | **294.31** |

**Bathroom**                                                         Height: 10'

| | |
|---|---|
| 284.35 SF Walls | 46.85 SF Ceiling |
| 331.20 SF Walls & Ceiling | 46.85 SF Floor |
| 28.43 LF Ceil. Perimeter | 28.43 LF Floor Perimeter |

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into LIVING_ROOM |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| No visible damages in this room and no materials removed by the mitigation contractor. | | | | | | | |
| **Totals: Bathroom** | | **0.00** | **0.00** | **0.00** | | **0.00** | **0.00** |

**Debris Removal**

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |

**State Farm**

COX, BRADLEY

36-44N9-59X

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0.00 SF Floor | | 0.00 SF Short Wall | | 0.00 LF Floor Perimeter | | |
| 0.00 SF Long Wall | | | | 0.00 LF Ceil. Perimeter | | |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| Haul debris - per pickup truck load - including dump fees | | | | | | | |
| 1.00 EA | 149.41 | 0.00 | 29.88 | 179.29 | | | 179.29 |
| Totals: Debris Removal | | 0.00 | 29.88 | 179.29 | | 0.00 | 179.29 |

Area Totals: Main Level

| | | | | | |
|---|---|---|---|---|---|
| 2,159.00 SF Walls | | 975.61 SF Ceiling | | 3,134.61 SF Walls and Ceiling | |
| 971.34 SF Floor | | 1,040.91 Total Area | | 214.90 LF Floor Perimeter | |
| 971.34 Floor Area | | 172.00 Exterior Perimeter | | 234.23 LF Ceil. Perimeter | |
| 1,708.67 Exterior Wall Area | | of Walls | | 2,159.00 Interior Wall Area | |

| Total: Main Level | | 109.42 | 1,083.74 | 19,619.87 | | 537.64 | 19,082.23 |
|---|---|---|---|---|---|---|---|

**Contents Packing/Storage**

| | | | | | |
|---|---|---|---|---|---|
| 0.00 SF Walls | | 0.00 SF Ceiling | | 0.00 SF Walls & Ceiling | |
| 0.00 SF Floor | | 0.00 SF Short Wall | | 0.00 LF Floor Perimeter | |
| 0.00 SF Long Wall | | | | 0.00 LF Ceil. Perimeter | |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| * Contents Packing/Storage Per Public Adjuster Estimate | | | | | | | |
| 1.00 EA | 3,249.03 EN | 0.00 | 0.00 | 3,249.03 | | | 3,249.03 |
| Totals: Contents Packing/Storage | | 0.00 | 0.00 | 3,249.03 | | 0.00 | 3,249.03 |

**Labor Minimums Applied**

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| Drywall labor minimum | | | | | | | |
| 1.00 EA | 275.73 | 0.00 | 55.14 | 330.87 | | | 330.87 |
| * Cleaning labor minimum | | | | | | | |
| 1.00 EA | 1.75 | 0.00 | 0.36 | 2.11 | | | 2.11 |
| Totals: Labor Minimums Applied | | 0.00 | 55.50 | 332.98 | | 0.00 | 332.98 |

| Line Item Totals: 36-44N9-59X | | 109.42 | 1,139.24 | 23,201.88 | | 537.64 | 22,664.24 |
|---|---|---|---|---|---|---|---|

Date:    3/5/2024 7:17 PM

## State Farm

COX, BRADLEY                                                                    36-44N9-59X

| COVERAGE | TAX | GCO&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Coverage A - Dwelling - 37 Water Damage and Freezing | 109.42 | 1,139.24 | 19,952.85 | (537.64) | 19,415.21 |
| Coverage B - Personal Property - 38 Water Damage and Freezing - W | 0.00 | 0.00 | 3,249.03 | (0.00) | 3,249.03 |
| Total | 109.42 | 1,139.24 | 23,201.88 | (537.64) | 22,664.24 |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 2,159.00 | SF Walls | 975.61 | SF Ceiling | 3,134.61 | SF Walls and Ceiling |
| 971.34 | SF Floor | | | 214.90 | LF Floor Perimeter |
| | | | | 234.23 | LF Ceil. Perimeter |
| 971.34 | Floor Area | 1,040.91 | Total Area | 2,159.00 | Interior Wall Area |
| 1,708.67 | Exterior Wall Area | 172.00 | Exterior Perimeter of Walls | | |

Date:    3/5/2024 7:17 PM

Page: 12

## Trade Summary

Includes all applicable Tax, General Contractor O&P, and Labor Minimums

| DESCRIPTION | LINE ITEM QTY | REPL. COST TOTAL | GCO&P | ACV | NON-REC. DEPREC. | MAX ADDL. AMT AVAIL. |
|---|---|---|---|---|---|---|
| **CLN      CLEANING** | | | | | | |
| Clean ductwork - Interior (PER REGISTER) | 6.00 EA | $295.71 | $49.30 | $295.71 | $0.00 | $0.00 |
| Cleaning labor minimum | 1.00 EA | $2.11 | $0.36 | $2.11 | $0.00 | $0.00 |
| **TOTAL CLEANING** | | $297.82 | $49.66 | $297.82 | $0.00 | $0.00 |
| **CON      CONTENT MANIPULATION** | | | | | | |
| Contents Packing/Storage Per Public Adjuster Estimate | 1.00 EA | $3,249.03 | $0.00 | $3,249.03 | $0.00 | $0.00 |
| **TOTAL CONTENT MANIPULATION** | | $3,249.03 | $0.00 | $3,249.03 | $0.00 | $0.00 |
| **DMO      GENERAL DEMOLITION** | | | | | | |
| Haul debris - per pickup truck load - including dump fees | 1.00 EA | $179.29 | $29.88 | $179.29 | $0.00 | $0.00 |
| **TOTAL GENERAL DEMOLITION** | | $179.29 | $29.88 | $179.29 | $0.00 | $0.00 |
| **DRY      DRYWALL** | | | | | | |
| 1/2" drywall - hung, taped, floated, ready for paint | 100.92 SF | $386.75 | $64.46 | $379.02 | $0.00 | $7.73 |
| Drywall labor minimum | 1.00 EA | $330.87 | $55.14 | $330.87 | $0.00 | $0.00 |
| **TOTAL DRYWALL** | | $717.62 | $119.60 | $709.89 | $0.00 | $7.73 |
| **FCV      FLOOR COVERING - VINYL** | | | | | | |
| Underlayment - 1/2" BC plywood | 160.32 SF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL FLOOR COVERING - VINYL** | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **FCW      FLOOR COVERING - WOOD** | | | | | | |
| Oak flooring - #1 common - no finish | 160.32 SF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Vapor barrier - 15# felt | 160.32 SF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Vapor barrier - visqueen - 6mil | 160.32 SF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sooner Hardwood Floors Repair Bid | 1.00 EA | $13,118.12 | $0.00 | $13,118.12 | $0.00 | $0.00 |
| Sand, stain, and finish wood floor | 750.36 SF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Add for dustless floor sanding | 750.36 SF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Remove Tear out wood flooring and subfloor | 10.35 SF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL FLOOR COVERING - WOOD** | | $13,118.12 | $0.00 | $13,118.12 | $0.00 | $0.00 |
| **FNC      FINISH CARPENTRY / TRIMWORK** | | | | | | |
| Baseboard - 5 1/4" stain grade | 43.00 LF | $332.15 | $55.38 | $329.37 | $0.00 | $2.78 |
| Detach & Reset Baseboard - 5 1/4" stain grade | 116.39 LF | $314.52 | $52.44 | $314.52 | $0.00 | $0.00 |
| Remove Bookcase - built in - 12" - (SF of face area) | 10.35 SF | $9.69 | $1.62 | $9.69 | $0.00 | $0.00 |
| Install Bookcase - built in - 12" - (SF of face area) | 10.35 SF | $76.15 | $12.70 | $76.15 | $0.00 | $0.00 |

Note: Slight variances may be found within report sections due to rounding

Date:    3/5/2024 7:17 PM

Page: 13

## Trade Summary

Includes all applicable Tax, General Contractor O&P, and Labor Minimums

| DESCRIPTION | LINE ITEM QTY | REPL. COST TOTAL | GCO&P | ACV | NON-REC. DEPREC. | MAX ADDL. AMT AVAIL. |
|---|---|---|---|---|---|---|
| **FNC**     **FINISH CARPENTRY / TRIMWORK** | | | | | | |
| Judges paneling - raised panel - hardwood | 43.25 SF | $1,799.72 | $299.96 | $1,763.73 | $0.00 | $35.99 |
| **TOTAL FINISH CARPENTRY / TRIMWORK** | | **$2,532.23** | **$422.10** | **$2,493.46** | **$0.00** | **$38.77** |
| **INS**     **INSULATION** | | | | | | |
| Sprayed polyurethane foam - open cell - 4" | 144.17 SF | $391.99 | $65.34 | $380.23 | $0.00 | $11.76 |
| **TOTAL INSULATION** | | **$391.99** | **$65.34** | **$380.23** | **$0.00** | **$11.76** |
| **PNT**     **PAINTING** | | | | | | |
| Finish bookcase - 1 coat urethane | 10.35 SF | $22.35 | $3.72 | $17.89 | $0.00 | $4.46 |
| Stain & finish baseboard - oversized | 43.00 LF | $93.14 | $15.52 | $74.51 | $0.00 | $18.63 |
| Finish baseboard - oversized - 1 coat urethane | 116.39 LF | $160.49 | $26.76 | $128.39 | $0.00 | $32.10 |
| Stain and finish wood judges paneling | 122.16 SF | $699.02 | $116.50 | $559.21 | $0.00 | $139.81 |
| Paint walls one coat less the walls being sealed/painted already | 260.53 SF | $210.14 | $35.04 | $168.12 | $0.00 | $42.02 |
| Paint the walls - one coat | 1,357.46 SF | $1,094.80 | $182.48 | $875.84 | $0.00 | $218.96 |
| Seal/prime then paint the surface area (2 coats) | 100.92 SF | $117.04 | $19.52 | $93.64 | $0.00 | $23.40 |
| **TOTAL PAINTING** | | **$2,396.98** | **$399.54** | **$1,917.60** | **$0.00** | **$479.38** |
| **WDT**     **WINDOW TREATMENT** | | | | | | |
| Detach & Reset Window blind - PVC - 2" - 7.1 to 14 SF | 3.00 EA | $119.55 | $19.92 | $119.55 | $0.00 | $0.00 |
| Detach & Reset Window blind - PVC - 2" - 14.1 to 20 SF | 5.00 EA | $199.25 | $33.20 | $199.25 | $0.00 | $0.00 |
| **TOTAL WINDOW TREATMENT** | | **$318.80** | **$53.12** | **$318.80** | **$0.00** | **$0.00** |
| **TOTALS** | | **$23,201.88** | **$1,139.24** | **$22,664.24** | **$0.00** | **$537.64** |

Note:  Slight variances may be found within report sections due to rounding

Date:    3/5/2024 7:17 PM

Main Level



Water leak behind wall location of the loss.

Office

Bathroom
(Family) (B1)

Cabinet (B1)

Living Room

Dining Room

Hall Closet

FP (B1)

N ⇧

Main Level