# Exhibit 15

## <u>DECLARATION OF COURTNEY BERTHELOT</u>

I, Courtney Berthelot, hereby declare and state:

1.      My name is Courtney Berthelot.  I am an Underwriting Team Manager for State Farm Fire and Casualty Company ("State Farm").

2.      I have personal knowledge of the facts and statements set forth herein and know each of them to be true and correct.

3.      As Underwriting Team Manager, I am familiar with the process for inspections of residential properties in Oklahoma if State Farm decides to undertake such inspections. Inspections are not required and do not occur on all or even most properties. As stated in the current form Oklahoma Homeowners Policy, which is Policy Form HW-2136:

> *We* have the right but are not obligated to perform the following: (1) make inspections and surveys of the ***insured location*** at any time; (2) provide ***you*** with reports on conditions *we* find; or (3) recommend changes. Any inspections, surveys, reports, or recommendations relate only to insurability and the premiums to be charged. b. *We* do not: (1) make safety inspections; (2) undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public; (3) warrant that conditions are safe or healthful; or (4) warrant that conditions comply with laws, regulations, codes, or standards. This condition applies to ***us*** and to any rating, advisory rate service, or similar organization that makes insurance inspections, surveys, reports, or recommendations on ***our*** behalf.

4.      State Farm, for its own use in evaluating whether to insure a new property or continue to insure an existing property, sometimes elects to have residential properties inspected. State Farm refers to such inspections as "surveys."

**EXHIBIT**
**15**

5.      Whenever underwriting surveys/inspections occur, they are not performed by the State Farm Insurance agents. If State Farm determines that an inspection should occur, State Farm, not the agent, engages a third-party vendor to conduct those inspections. This is a process undertaken and supervised by the company, not its agents.

6.      If the underwriting department decides to request a survey before issuance of a new policy, the survey occurs after a temporary binder is issued to the potential insured, which protects the insured for the interim period between policy application and State Farm's ultimate issuance or declination of the policy, during which period the actual underwriting occurs.

7.      Even if the survey identifies conditions on the property such as foundation issues, blistered, de-granulated or otherwise aging shingles, or other overall wear and tear on the property, State Farm may still choose to, and very often does, issue a policy anyway. Most houses, except for possibly very new ones, have some signs of aging and if existing wear and tear foreclosed policy issuance, few policies could be issued.

8.      Sometimes State Farm also elects to survey an insured property after a policy issues and renews for several years through a process that is keyed to individual market area needs and conditions.

9.      When a house is selected for a renewal survey, State Farm may contract with a third-party vendor to conduct an on-site inspection or sometimes a customer may conduct a self-survey. Self-surveys are done through a mobile web application that is designed to allow customers to provide required underwriting information about their property using a smart phone or tablet device. Customers are asked to answer a series of questions about

2

their property, including the address, date of roof installation, foundation type, and existence of business operations, swimming pools, spas, and fireplaces on the property. They are also asked to take current photos of their house and property, including photos of the front, rear, left and right sides of the house; two different slopes of the roof; electrical panel; and exterior wall finish, among others. The survey must be completed by the customer; the agent cannot complete it on the insured's behalf. A third-party vendor reviews the information and pictures submitted by the customer and issues a survey report.

10.    State Farm agents are not responsible for policy renewals. A policy renews automatically subject to the premiums, rules, and forms in effect for each succeeding policy period. At least 30 days prior to renewal, State Farm, not the agent, provides insureds a written renewal notice that includes the premium, deductible, coverages, and limits.

11.    Prior to 2016, a State Farm agent would be asked to take a photograph of the front and back of a new property and note any obvious hazards, but not to otherwise "inspect" it. Since 2016 the agents are not asked to undertake even that limited review.

Pursuant to 12 O.S. § 426, I declare under penalty of perjury under the laws of Oklahoma that the foregoing is true and correct.

Dated:          April 30, 2025.

Signature:      _____

Printed Name:    Courtney Berthelot

Title:          Underwriting Team Manager

3

5970860