# Exhibit 16

**State Farm at CityLine**

PO Box 853907
Richardson, TX 75085-3907



3153-05  33534      E-RBUSNTFY
                    26· 2144·
ATI                 HO - HOMEOWNERS



**EXHIBIT**

**16**

August 19, 2022

Policy Number:
Policy Type:     Homeowners Policy
Location:



Dear Policyholder:

Thank you for your business. We appreciate the opportunity to provide for your insurance needs. We are writing to inform you of a routine survey which is being scheduled for your home. **This is what you should know.**

- A representative from a survey company contracted by State Farm® will be visiting your home to complete a survey and take exterior photos.

- **You don't need to be present for this survey, since it will involve only the exterior of your property.** If you are home, the representative will introduce himself or herself and show identification.

- The survey company will attempt to contact you directly or leave a voicemail message so that you may advise of any obstacles that might prevent access, such as a locked gate.

- If this is your residence, please share this important notice with other members of your household.

- **If this is a rental property, please notify your tenant(s).**

State Farm periodically surveys the homes we insure.  This survey is not a health or safety inspection and is not intended to ensure compliance with laws, codes or standards that may apply to your premises. The decision made by State Farm regarding your insurance eligibility does not constitute any warranty regarding such compliance or the condition of your premises.

(o1AP270a)      (o1ap271a)              **Home Office, Bloomington, IL**

                                                        Page 01 of 02

A01      31096 05                                       Prepared: AUG 18 2022

If you have any questions, please contact your State Farm agent, ███████ ████, at ████████████ .

Underwriting Department
State Farm Fire and Casualty Company

cc: ███████████████