# Exhibit 17

**MYRIAD**
**RISK MANAGER**

## Summary Report

| | | | |
|---|---|---|---|
| Property Owner | BRADLEY MICHAEL & FARAH BROOKE COX | Inspection Status | Done |
| Property Address | 4636 NW 160TH TER, EDMOND, OK, 73013-3244 73013-3244 | Inspection Company | CIS |
| | | Inspection Type | Basic Inspection |
| Owner Home Phone | 405-330-8887 | Unable To Work | No |
| Owner Work Phone | | | |

| | | | |
|---|---|---|---|
| Review Type | RENEWAL | Agent Name | WRIGHT, JEREL |
| Agency Number | 1770 | Agent Number | 405-722-6696 |
| Myriad Risk Manager Tracking Number | 923254365 | Underwriter Name | Ruben Franco |
| | | Desired Underwriter Name | |

| | | | |
|---|---|---|---|
| Policy Number | 36BDE7479 | Inspection Company Received Date | April 29, 2015 |
| Policy Inception/Renewal Date | April 3, 2016 | Inspection Appointment Date | |
| Inspection Type | Basic Inspection | Inspection Completion Date | June 26, 2015 |
| Carrier Order Date | April 29, 2015 | Inspection Verification Date | June 26, 2015 |
| Carrier Due Date | June 28, 2015 | Inspector Due Date | |
| | | Inspection Co. Due Date | |
| | | Inspector Name | |

**Replacement Cost**

**Coverage A**

**Comments**

| | |
|---|---|
| **Forms Submitted** | Surveyor Info |
| | Basic Information |
| | Dwelling Characteristics |
| | Basic Property and Liability |

| | |
|---|---|
| **Referral Date** | **Referral Description** |
| June 26, 2015 | Hazard Value greater than 3 |

**Photos**

Address Verification    GPS Location    Front of Dwelling

Right Front of Dwelling    Left Front of Dwelling    Roof

Roof    Other    Rear of Dwelling

Rear of Dwelling

Notes: References to inspection are intended to mean an insurance survey which is for the limited purpose of underwriting the risk and determining eligibility for insurance. This insurance survey is not intended as a health or safety inspection or to ensure compliance with laws that may apply to your premises.

EXHIBIT

**17**

# Dwelling Characteristics

| | |
|---|---|
| Total Finished Square Feet | |
| Number of Stories- Unable to Determine | NO |

| Number of Stories | | | | |
|---|---|---|---|---|
| | 1 Story | 80 % | 1 1/2 Stories (Attic) | 20 % |
| | 2 Stories | % | 2 1/2 Stories (Attic) | % |
| | 3 Stories | % | 3 1/2 Stories (Attic) | % |
| | 4 Stories | % | Bi-Level (Raised Ranch) | % |
| | Split Level | % | | |

| Foundation Shape | |
|---|---|
| | ☒ 4-5 Corners - Square/Rectangle    ☐ 6-7 Corners - L Shape    ☐ 8-10 Corners - T,U,Z Shape |
| | ☐ 11-12 Corners - H or Custom Shape    ☐ 13+ Corners - Irregular/Complex |

| Exterior Wall Finish - Unable to Determine | NO |
|---|---|

| Exterior Wall Finish | | | | |
|---|---|---|---|---|
| | Siding - Alum. or Metal | % | Siding - Vinyl | % |
| | Siding - Vinyl Shingles | % | Siding - Hardboard/Masonite | % |
| | Siding - Plywood (Vertical Groove) | % | Siding - Board and Batten | % |
| | Siding - Cedar (Clapboard) | % | Siding - Cedar (Tongue & Groove) | % |
| | Siding - Redwood (Clapboard) | % | Siding - Redwood (Tongue & Groove) | % |
| | Siding - Pine (Clapboard) | % | Siding - Pine (Tongue & Groove) | % |
| | Siding - Cement Fiber (Clapboard) | % | Cement Fiber (Shingle) | % |
| | Wood Shingle/Shake | % | Wood Shingle/Shake (Scalloped) | % |
| | Cypress - Reclaimed | % | Siding - Log | % |
| | Solid Logs - Small (6"-8") | % | Solid Logs - Medium (9"-12") | % |
| | Solid Logs - Large (13" or more) | % | Synthetic Stucco | % |
| | Masonry Stucco | % | Brick Veneer | 80 % |
| | Brick Veneer - Custom | % | Brick - Solid | % |
| | Brick - Solid - Custom | % | Stone Veneer (Natural) | % |
| | Stone Veneer (Manufactured) | 20 % | Cut Limestone Veneer | % |
| | Metal - Copper Shingle | % | Concrete Block - Decorative | % |
| | None - Included In Ext. Wall Construction | % | Metal - Painted Ribbed | % |
| | Metal - Corrugated Galvanized | % | Solid Stone | % |

| Foundation Type - Unable to Determine | NO |
|---|---|

| Foundation Type | | | | |
|---|---|---|---|---|
| | Basement | % | Pier and Grade Beam | % |
| | Shallow Basement | % | Elevated Post/Pier and Beam (Stilts) | % |
| | Concrete Slab | 100 % | Stilts with Sweep Away Walls | % |
| | Crawlspace | % | Deep Pilings | % |

| Garage | |
|---|---|
| | ☐ 1 Car (280 SF)    ☐ 1.5 Car (396 SF)    ☐ 2 Car (576 SF) |
| | ☐ 2.5 Car (672 SF)    ☒ 3 Car (780 SF)    ☐ 3.5 Car (884 SF) |
| | ☐ 4 Car (1040 SF)    ☐ 4.5 Car (1144 SF)    ☐ 5 Car (1248 SF) |
| | ☐ 5.5 Car (1404 SF)    ☐ 6 Car (1512 SF)    ☐ 6.5 Car (1674 SF) |
| | ☐ 7 Car (1782 SF)    ☐ 7.5 Car (1890 SF)    ☐ 8 Car (1998 SF) |
| | ☐ 8.5 Car (2160 SF)    ☐ None |

| Garage Style | |
|---|---|
| | ☐ Attached / Built-in    ☐ Basement    ☐ Carport |

| Property Slope | |
|---|---|
| | ☒ None (0-15 degrees)    ☐ Moderate (16-30 degrees)    ☐ Steep (greater than 30 degrees) |

Notes: References to inspection are intended to mean an insurance survey which is for the limited purpose of underwriting the risk and determining eligibility for insurance. This insurance survey is not intended as a health or safety inspection or to ensure compliance with laws that may apply to

your premises.

## Basic Information

| | |
|---|---|
| Policy Number | 36BDE7479 |
| Inspection Request ID | |
| Due Date | 2015-06-28 |
| Effective Date | 2016-04-03 |
| Project Name | |
| Review Type | Renewal |
| Coverage A Amount | |
| Underwriter | |
| First Name | BRADLEY MICHAEL & FARAH BROOKE |
| Last Name | COX |
| Middle Name | |
| Suffix | |
| Mailing Street Address or PO Box | 4636 NW 160TH TER |
| Policy Holder Address 2 | |
| Mailing Address City | EDMOND |
| Mailing Address State/Province | OK |
| Mailing Address Zip/Postal Code | 73013-3244 |
| Policy Holder Home Phone | 405-330-8887 |
| Policy Holder Work Phone | |
| State Code | 36 |
| Office Code | 26 |
| Agent Code | 1770 |
| Agent Name | WRIGHT, JEREL |
| Agent Phone Number | 405-722-6696 |
| Property and Liability Order Inspection Indicator | Yes |
| Dwelling Characteristics Order Inspection Indicator | Yes |
| Solid Fuel Order Inspection Indicator | No |
| Fuel Oil Tank Order Inspection Indicator | No |
| Wildfire Order Inspection Indicator | No |
| Landslide Order Inspection Indicator | No |
| Earthquake Order Inspection Indicator | No |
| High Value Order Inspection Indicator | No |
| Total Finished Square Feet | |
| Number of Stories | |
| Foundation Shape | |
| Foundation Type | |
| Exterior Wall Finish | |
| Garage | |
| Garage Style | |
| Property Slope | |
| Roof Shape | |
| Roof Cover/Material | Composition Architectural Dimensional |

| Construction Type | Masonry Veneer |
|---|---|
| Non-Conventional Construction | |
| Policy Type | HOW |
| 360Value Estimate Number | H3W3-M9AA-2 |
| Tank Type | |
| Experienced Prior Leak | |
| Leak Remediation Details | |
| Mold Damage | |
| Mold Damage Remediated | |
| Unrepaired Damage | |
| Unrepaired Damage Explain | |
| Water Damage | |
| Water Damage Repaired | |
| Market Area | South Central |
| Operations Structure | South Central |
| High Priority Inspection Indicator | |
| Order Reason | |
| Order Reason Other - Describe | |
| Property Address Latitude | |
| Property Address Longitude | |
| Urban/Rural Determination | Unknown - Not Applicable |
| Comments | |

# Basic Property and Liability

## Home Type

| | |
|---|---|
| Manufactured Home | ☐ Yes ☒ No |
| Non-Conventional Construction | ☐ Yes ☒ No |
| Explain Yes | |

## Construction

| | |
|---|---|
| Construction | ☐ Fire Resistive ☐ Frame ☐ Log ☐ Masonry ☒ Masonry Veneer ☐ Asbestos/Stucco (Texas Only) |

## Foundation

| | |
|---|---|
| Foundation needs repair | ☐ Yes ☒ No |
| Large Cracks | ☐ Yes ☒ No |
| Leaning | ☐ Yes ☒ No |
| Evidence of settling | ☐ Yes - Major Settling ☐ Yes - Minor Settling ☒ No |

## Electrical

| | |
|---|---|
| 60 Amp Electrical Service Entrance | ☐ Yes ☒ No |

## Roof Condition

| | |
|---|---|
| Roof Shape | ☐ Complex/Custom ☐ Flat ☐ Gable ☐ Gambrel ☐ Mansard ☐ Partial Hip ☒ Total Hip ☐ Unable to Determine |
| Roof Cover - Unable to Determine | NO |

### Roof Cover

| | % | | % |
|---|---|---|---|
| Composition - 3 Tab | % | Metal - Tile/Shake | % |
| Composition - Architectural Dimensional | 100 % | Metal - Painted Rib | % |
| Composition - Impact Resist. Shingle | % | Tile - Clay | % |
| Composition - Roll Roofing | % | Tile - Concrete | % |
| Composition over Wood Shingle or Shake | % | Tile - Glazed | % |
| Built-up Hot Mopped w/Gravel | % | Tile - Cement Fiber | % |
| Built-up Hot Mopped w/o Gravel | % | Membrane - EPDM or PVC | % |
| Metal - Standing Seam | % | Wood Shingles or Shakes | % |
| Metal - Copper Shingle | % | Wood Shingles/Shakes-Deco Pattern. | % |
| Metal - Standing Seam Copper | % | Slate | % |
| Metal - Corrugated Galvanized | % | Sprayed Polyurethane Foam (SPF) | % |
| Wood Shingles and Wood Shake | % | Composition Shake | % |
| Discontinued/Obsolete Roofing Material (i.e. Asbestos, T-Lock, etc.) | % | Composition - Architectural Shingle | % |

| | |
|---|---|
| If Composition Roll Roofing or SPF | ☐ Not over living space ☐ Over living space |
| Number of Roof Layers* | ☒ 1 ☐ 2 ☐ 3 or more ☐ Unable to Determine |
| Shingles Curling and/or Splitting | ☐ Major ☐ Minor ☐ NA ☒ No |
| Impact Marks on Shingles | ☐ Major ☐ Minor ☐ NA ☒ No |
| Granule Loss | ☐ Major ☐ Minor ☐ NA ☒ No |
| Missing Shingles | ☐ Major ☐ Minor ☐ NA ☒ No |
| Lack of Ventilation | ☐ Major ☐ Minor ☐ NA ☒ No |
| Uneven Roof Surface | ☐ Major ☐ Minor ☐ NA ☒ No |
| Flat roof exhibiting tears, blisters, patches, ponding, or deterioration. | ☐ Major ☐ Minor ☐ NA ☒ No |
| Algae, moss, mildew, fungus/mold or other growths on any type of roof | ☐ Major ☐ Minor ☐ NA ☒ No |
| Has Roof Been Patched or Repaired | ☐ Can't Confirm ☒ No ☐ Yes |

| Patch Type | ☐ Major Tar Patch ☐ Minor Tar Patch ☐ Other ☐ Shingles Replaced Improperly |
|---|---|
| Describe (if Other) | |
| Damage to Metal Roof | ☐ Major ☐ Minor ☒ NA ☐ No |
| Notes: | |

## Chimney Condition

| | |
|---|---|
| Is there a masonry chimney | ☐ Yes ☒ No |
| Missing, damaged or deteriorating flashing | ☐ Yes ☒ No |
| Missing, damaged or deteriorated components | ☐ Yes ☒ No |
| Leaning or pulling away from house | ☐ Yes ☒ No |

## Gutters/Downspouts

| | |
|---|---|
| Deteriorated , damaged, or missing components | ☐ Yes ☒ No |
| Do downspouts direct water away from the foundation | ☒ Yes ☐ No |
| Clogged | ☐ Yes ☒ No |

## Soffits/Fascia/Eaves

| | |
|---|---|
| Missing | ☐ Yes ☒ No |
| Deteriorated and or Damaged *(Does not include cosmetic damage like peeling paint)* | ☐ Yes ☒ No |

## Exterior Wall Finish Condition (Siding, Brick, etc.)

| | |
|---|---|
| Damaged | ☐ Yes ☒ No |
| Missing | ☐ Yes ☒ No |
| Deteriorated | ☐ Yes ☒ No |

## Porches/Decks

| | |
|---|---|
| Porches/Decks need repair | ☐ Yes ☒ No |
| Decks missing rails | ☐ Yes ☒ No |
| Pulling away from house | ☐ Yes ☒ No |
| Missing Boards | ☐ Yes ☒ No |
| Inadequate support | ☐ Yes ☒ No |

## Railing/Steps

| | |
|---|---|
| Missing, deteriorated or damaged components *(Note: Handrails are required if there are 4 or more risers)* | ☐ Yes ☒ No |
| Pulling away from house | ☐ Yes ☒ No |

## Detached Structures

| | |
|---|---|
| Detached Structures Overall condition and picture | ☐ In need of repair ☒ NA ☐ OK |

## Glass

| | |
|---|---|
| Broken/Boarded Glass | ☐ Yes ☒ No |

## Sidewalks/Walkways

| | |
|---|---|
| Sidewalks/Walkways need repair | ☐ Yes ☒ No |
| Very Uneven | ☐ Yes ☒ No |
| Broken/Crumbling | ☐ Yes ☒ No |

## Animals on premises

| | |
|---|---|
| Any dogs on the premises | ☐ Yes ☒ No |
| Aggressive/Vicious | ☐ Yes ☐ No |

## Any of the following livestock on premises

| | |
|---|---|
| Horses | 0 |
| Cattle/Cows | 0 |
| Any other animals capable of causing injury or damaging property | ☐ Yes ☒ No |
| Other Animal Type | |

## Swimming Pool

| | |
|---|---|
| Is there a swimming pool | ☐ Yes ☒ No ☐ Unable to Determine |
| If Yes, what type | ☐ Above Ground ☐ In Ground |
| Is pool fenced | ☐ Yes ☐ No |
| Self Latching Gate or Fence Present and Operable | ☐ Yes ☐ No |

## Playground/Recreation Equipment

| | |
|---|---|
| Is there a trampoline | ☐ Yes ☒ No ☐ Unable to Determine |
| If yes, trampoline condition | ☐ Good ☐ Poor |
| Is there a skateboard ramp | ☐ Yes ☒ No ☐ Unable to Determine |
| If yes, ramp condition | ☐ Good ☐ Poor |
| Is there a zipline | ☐ Yes ☒ No ☐ Unable to Determine |
| Is there playground equipment | ☒ Yes ☐ No ☐ Unable to Determine |
| If yes, equipment condition | ☒ Good ☐ Poor |

## Brush/Debris

| | |
|---|---|
| Brush/Debris close (within 5 ft.) to or touching home | ☐ Yes ☒ No |
| Junked Cars | ☐ Yes ☒ No |
| Appliances | ☐ Yes ☒ No |
| Excessive garbage on premises | ☐ Yes ☒ No |
| Overgrown/Unkept Brush | ☐ Yes ☒ No |
| Other | ☐ Yes ☒ No |
| Describe (if Other) | |

## Other Items

| | |
|---|---|
| Evidence of business on premises | ☐ Yes ☒ No |
| Explain if yes | |
| Farming activities (Commercial Farm Equipment and/or large farm buildings and silos present) | ☐ Yes ☒ No |
| New home under construction | ☐ Yes ☒ No |
| Major renovation in progress | ☐ Yes ☒ No |
| Vacant Residence | ☐ Yes ☒ No |
| Rental Property | ☐ Yes ☒ No |
| If Rental Property Yes, this question required: If over 1 story or occupied basement, are there a minimum of 2 forms of egress from each floor or basement. | ☐ Yes ☐ No |
| Number of Family Units | ☒ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 or more |
| Property for Sale or Rent | ☐ Yes ☒ No |
| Retaining Wall in disrepair | ☐ Yes ☒ No |
| Metal Security Bars on Windows with no | ☐ Yes ☒ No |

| Other Exposures | |
| --- | --- |
| Solid Fuel | ☐ Yes ☒ No ☐ Unable to Determine |
| Fuel Oil Tank | ☐ Yes ☒ No ☐ Unable to Determine |
| Wildfire | ☐ Yes ☒ No ☐ Unable to Determine |
| Earthquake | ☐ Yes ☐ No ☒ Unable to Determine |
| Landslide | ☐ Yes ☐ No ☒ Unable to Determine |
| Additional Comments | |

Notes: References to inspection are intended to mean an insurance survey which is for the limited purpose of underwriting the risk and determining eligibility for insurance. This insurance survey is not intended as a health or safety inspection or to ensure compliance with laws that may apply to your premises.

# Photographs
**Address Verification**



GPS Location



Front of Dwelling



Right Front of Dwelling



Left Front of Dwelling



Roof



Roof



Other



**Rear of Dwelling**



**Rear of Dwelling**

