# Exhibit 21



**OKLAHOMA INSURANCE DEPARTMENT**

Insurance Commissioner, Glen Mulready

Legal Division

400 NE 50ᵗʰ Street · Oklahoma City, OK 73105    ☏ 405.521.2746  ☺ old.ok.gov   ☒ 405.522.0125

March 10, 2026

STATE FARM FIRE AND CASUALTY COMPANY
1 STATE FARM PLZ
BLOOMINGTON, IL 61710-0001

RE:   Bradley Cox v. STATE FARM FIRE AND CASUALTY COMPANY, CJ-2026-790, Oklahoma County, State of Oklahoma

Dear Sir or Madam:

Enclosed is a copy of the above-captioned summons served on the Insurance Commissioner as designated agent for service of process of foreign or alien insurers doing business in the State of Oklahoma (36 O.S. § 621).

Sincerely,

Maria Torres
Legal Department

Enclosure

cc:
Corporation Service Company
10300 Greenbriar Place
Oklahoma City, OK 73159-7653

**EXHIBIT
21**