**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

BRADLEY COX,                                    )
                                                )
    Plaintiff,                                  )
                                                )
v.                                              )
                                                )  Case No. CIV-26-00752-R
                                                )
STATE FARM FIRE AND CASUALTY                    )
COMPANY and JEREL WRIGHT,                       )
                                                )
    Defendants.                                 )

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendant State Farm Fire

and Casualty Company.

I certify that I am admitted to practice in this Court. I also certify that I am

registered in this Court's Electronic Case Filing System.

Date:  April 10, 2026.

                    Respectfully submitted,

                    /s/*Timila S. Rother*
                    TIMILA S. ROTHER, OBA #14310
                    **CROWE & DUNLEVY**
                    Braniff Building
                    324 North Robinson Avenue, Suite 100
                    Oklahoma City, Oklahoma 73102
                    (405) 235-7700
                    (405) 239-6651 (Facsimile)
                    timila.rother@crowedunlevy.com

                    **ATTORNEY FOR DEFENDANT STATE**
                    **FARM FIRE AND CASUALTY COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026, I electronically transmitted the foregoing document to the Court Clerk using the ECF system of filing, which will transmit a Notice of Electronic Filing to the following ECF registrants:

**Reggie N. Whitten**        rwhitten@whittenburragelaw.com

**Michael Burrage**        mburrage@whittenburragelaw.com

**Blake Sonne**        bsonne@whittenburragelaw.com

**Hannah Whitten**        hwhitten@whittenburragelaw.com

**John S. Sanders**        jsanders@whittenburragelaw.com

**Jake Denne**        jdenne@whittenburragelaw.com

/s/*Timila S. Rother*
Timila S. Rother

2

6221848