**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

|  |  |  |
|---|---|---|
| BRADLEY COX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-00752-R |
| | ) | |
| STATE FARM FIRE AND CASUALTY | ) | |
| COMPANY and JEREL WRIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant State Farm Fire and Casualty Company ("State Farm") makes the following disclosure:

1. **Is the party a publicly held corporation or other publicly held entity?**

   (Check one) _____ YES __X__ NO

2. **Does party have any parent corporations?**

   (Check one) __X__ YES _____ NO

State Farm Fire and Casualty Company is a wholly owned subsidiary of its only parent company, State Farm Mutual Automobile Insurance Company.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one) ____ YES __X__ NO

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one) _____ YES __X__ NO

5. **Is the party a trade association?**

   (Check one) _____ YES __X__ NO

DATED this 10th day of April, 2026.

Respectfully submitted,

/s/Timila S. Rother

TIMILA S. ROTHER, OBA #14310
PAIGE A. MASTERS, OBA #31142
AMANDA M. FINCH, OBA #34650
CROWE & DUNLEVY
Braniff Building
324 North Robinson Avenue, Suite 100
Oklahoma City, Oklahoma 73102
(405) 235-7700
(405) 239-6651 (Facsimile)
timila.rother@crowedunlevy.com
paige.masters@crowedunlevy.com
amanda.finch@crowedunlevy.com

**ATTORNEYS FOR DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026, I electronically transmitted the foregoing document to the Court Clerk using the ECF system of filing, which will transmit a Notice of Electronic Filing to the following ECF registrants:

**Reggie N. Whitten**          rwhitten@whittenburragelaw.com

**Michael Burrage**          mburrage@whittenburragelaw.com

**Blake Sonne**          bsonne@whittenburragelaw.com

**Hannah Whitten**          hwhitten@whittenburragelaw.com

**John S. Sanders**          jsanders@whittenburragelaw.com

**Jake Denne**          jdenne@whittenburragelaw.com

/s/Timila S. Rother

    Timila S. Rother

2

6221851