**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

BRADLEY COX,                                    )
                                                )
    Plaintiff,                              )
                                                )
v.                                              )
                                                )   Case No. CIV-26-00752-R
                                                )
STATE FARM FIRE AND CASUALTY                    )
COMPANY and JEREL WRIGHT,                       )
                                                )
    Defendants.                             )

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendant State Farm Fire and Casualty Company.

I certify that I am admitted to practice in this Court. I also certify that I am registered in this Court's Electronic Case Filing System.

Date:  April 10, 2026.

Respectfully submitted,

/s/*Paige A. Masters*

PAIGE A. MASTERS, OBA #31142
CROWE & DUNLEVY
Braniff Building
324 North Robinson Avenue, Suite 100
Oklahoma City, Oklahoma 73102
(405) 235-7700
(405) 239-6651 (Facsimile)
paige.masters@crowedunlevy.com

**ATTORNEY FOR DEFENDANT STATE
FARM FIRE AND CASUALTY COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on April 10, 2026, I electronically transmitted the foregoing document to the Court Clerk using the ECF system of filing, which will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| **Reggie N. Whitten** | rwhitten@whittenburragelaw.com |
| **Michael Burrage** | mburrage@whittenburragelaw.com |
| **Blake Sonne** | bsonne@whittenburragelaw.com |
| **Hannah Whitten** | hwhitten@whittenburragelaw.com |
| **John S. Sanders** | jsanders@whittenburragelaw.com |
| **Jake Denne** | jdenne@whittenburragelaw.com |

/s/*Paige A. Masters*
    Paige A. Masters

6221849