**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BRADLEY COX, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   Case No. CIV-26-00752-R |
| | ) |
| STATE FARM FIRE AND CASUALTY | ) |
| COMPANY and JEREL WRIGHT, | ) |
| | ) |
|     Defendants. | ) |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendant State Farm Fire and Casualty Company.

I certify that I am admitted to practice in this Court. I also certify that I am registered in this Court's Electronic Case Filing System.

Date: April 10, 2026.

Respectfully submitted,

/s/*Amanda M. Finch*
AMANDA M. FINCH, OBA #34650
CROWE & DUNLEVY
Braniff Building
324 North Robinson Avenue, Suite 100
Oklahoma City, Oklahoma 73102
(405) 235-7700
(405) 239-6651 (Facsimile)
amanda.finch@crowedunlevy.com

**ATTORNEY FOR DEFENDANT STATE
FARM FIRE AND CASUALTY COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026, I electronically transmitted the foregoing document to the Court Clerk using the ECF system of filing, which will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| **Reggie N. Whitten** | rwhitten@whittenburragelaw.com |
| **Michael Burrage** | mburrage@whittenburragelaw.com |
| **Blake Sonne** | bsonne@whittenburragelaw.com |
| **Hannah Whitten** | hwhitten@whittenburragelaw.com |
| **John S. Sanders** | jsanders@whittenburragelaw.com |
| **Jake Denne** | jdenne@whittenburragelaw.com |

/s/*Amanda M. Finch*
Amanda M. Finch

2

6221850