

*1063697091*

**STATE OF OKLAHOMA**

MATTHEW ROSS DAVIS,

*Plaintiffs,*

v.

(1) STATE FARM FIRE AND
CASUALTY COMPANY;

(2) GRANT GINGERICH; and

(3) GRANT GINGERICH INSURANCE
AGENT, INC.,

*Defendants.*

CASE NO. CJ-2025-2883
Honorable Judge Sheila Stinson

**FILED IN DISTRICT COURT
OKLAHOMA COUNTY**

OCT 3 0 2025

RICK WARREN
COURT CLERK

42

**JOURNAL ENTRY**

NOW on this 30th day of October, 2025, this matter was set for hearing on Defendant Grant Gingerich and Grant Gingerich Insurance Agent, Inc.'s ("Gingerich") Motion to Dismiss Petition and Brief in Support. The court, having carefully reviewed the briefs and hearing argument of counsel, finds as follows:

1. Gingerich's Motion to Dismiss Petition and Brief in Support is DENIED.

IT IS SO ORDERED.

THE HONORABLE SHEILA STINSON
DISTRICT COURT JUDGE

**EXHIBIT
1**

APPROVED AS TO FORM:

Reggie N. Whitten, OBA No. 9576
Michael Burrage, OBA No. 1350
Blake Sonne, OBA No. 20341
Hannah Whitten, OBA No. 35261
John S. Sanders, OBA No. 34990
Jake Denne, OBA No. 35097

**Whitten Burrage**
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Office: 405.516.7800
Facsimile:    405.516.7859
rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com
bsonne@whittenburragelaw.com
hwhitten@whittenburragelaw.com
jsanders@whittenburragelaw.com
jdenne@whittenburragelaw.com

*Attorneys for Plaintiffs*

Lance E. Leffel
GABLE GOTWALS
BOK Park Plaza
499 W. Sheridan Ave.
Suite 2200
Oklahoma City, OK 73102
lleffel@gablelaw.com

-and-

Carrie B. McNeer
Grant A. Fitz
GABLE GOTWALS
110 N. Elgin Avenue
Suite 200
Tulsa, OK 74120-1490
cmcneer@gablelaw.com
gfitz@gablelaw.com

*Attorneys for Defendants*



FILED IN DISTRICT COURT
OKLAHOMA COUNTY

NOV 2 4 2025

RICK WARREN
COURT CLERK
88

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA**

|  |  |
|---|---|
| JOHN ADAIR,<br><br>*Plaintiff,*<br><br>v.<br><br>**STATE FARM FIRE AND CASUALTY COMPANY and TIM CUSTER INSURANCE AGENCY, INC.,**<br><br>*Defendants.* | **CASE NO. CJ-2023-6121**<br>*Judge C. Brent Dishman* |

## JOURNAL ENTRY

NOW on this 22ⁿᵗ day of July, 2025, this matter was set for hearing on Defendant Tim Custer Insurance Agency, Inc.'s ("Custer") Motion to Dismiss. The Court, having reviewed the briefs and hearing argument of counsel, finds as follows:

1. Custer's Motion to Dismiss is denied.

2. The Parties agree to waive any potential conflict of interest arising out of Judge Jodi Dishman presiding over this matter while it was pending before the United States District Court for the Western District of Oklahoma.

IT IS SO ORDERED.

THE HONORABLE BRENT DISHMAN
DISTRICT COURT JUDGE

APPROVED AS TO FORM:

*Hannah Whitten*

Reggie N. Whitten, OBA No. 9576
Michael Burrage, OBA No. 1350
Blake Sonne, OBA No. 20341
Hannah Whitten, OBA No. 35261
John S. Sanders, OBA No. 34990
Jake Denne, OBA No. 35097
**WHITTEN BURRAGE**
512 North Broadway Avenue, Suite 300
Oklahoma City, OK  73102
Office:          405.516.7800
Facsimile:     405.516.7859
rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com
bsonne@whittenburragelaw.com
hwhitten@whittenburragelaw.com
jsanders@whittenburragelaw.com
jdenne@whittenburragelaw.com
*Attorneys for Plaintiff*

-and-

Jerrick L Irby, OBA No. 30876
Christopher J. Gnaedig, OBA No. 33892
Taylor R. Bagby, OBA No. 35769
521 East 2nd Street, Suite 1200
Tulsa, Oklahoma 74120
918.594.0400
918.594.0505 (fax)
jirby@hallestill.com
cgnaedig@hallestill.com
tbagby@hallestill.com
*Attorneys for Defendant Tim Custer Insurance Agency, Inc.*

21114515.1:012552.00006

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

DEC 31 2025

RICK WARREN
COURT CLERK
109

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA**

MOONG SIAN WONG-FAUST
*and*
STEPHEN FAUST,
*Plaintiffs,*

v.

STATE FARM FIRE AND CASUALTY
COMPANY;
GRANT GINGERICH; *and*
GRANT GINGERICH INSURANCE
AGENCY, INC.,
*Defendants.*

CASE NO. CJ-2025-1675
Hon. Amy Palumbo

## JOURNAL ENTRY

COMES ON for hearing before this Court on the 25th day of November 2025, Plaintiffs Moong Sian Wong-Faust and Stephen Faust's ("Plaintiffs") appeared on the following Motions: Defendant State Farm Fire & Casualty Company's ("State Farm") Motion to Quash Corporate Representative Notice and Defendant Grant Gingerich and Grant Gingerich Insurance Agency's ("Gingerich") Motion to Dismiss. The Court, having carefully reviewed the parties' briefs, hearing arguments of counsel, and consideration of additional materials provided at the hearing, finds and orders as follows:

1. The Court has considered the arguments set forth in the parties' extensive briefing on these discovery issues, as well as arguments made by counsel at the hearings, and consideration of additional materials provided at the hearing.

2. The Court has carefully considered and weighed each of the proportionality factors set forth in 12 O.S. § 3226(B) in conjunction with making its rulings as to the relevance and proportionality of each category of discovery at issue in State Farm's Motion to Quash

Corporate Representative Notice, including the importance of the issues at stake in this action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

3. Having considered these factors, the Court finds the discovery sought herein is relevant to Plaintiffs' claims, including allegations of pattern and practice and the evidence at issue is reasonably calculated to lead to the discovery of admissible evidence and proportional to the needs of the case.

4. The Court hereby DENIES State Farm's Motion to Quash Corporate Representative Notice.

5. The Court hereby DENIES Gingerich's Motion to Dismiss.

It is THEREFORE ORDERED, ADJUDGED, AND DECREED.

THE HONORABLE AMY PALUMBO

APPROVED AS TO FORM:

Reggie N. Whitten, OBA No. 9576
Michael Burrage, OBA No. 1350
Blake Sonne, OBA No. 20341
Hannah Whitten, OBA No. 35261
John S. Sanders, OBA No. 34990
Jake Denne, OBA No. 35097
**Whitten Burrage**
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Office: 405.516.7800
Facsimile:    405.516.7859
rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com
bsonne@whittenburragelaw.com

hwhitten@whittenburragelaw.com
jsanders@whittenburragelaw.com
jdenne@whittenburragelaw.com

**Attorneys for Plaintiffs**

Lance E. Leffel
Ashlyn M. Smith
GABLE GOTWALS
BOK Park Plaza
499 W. Sheridan Ave., Suite 2200
Oklahoma City, OK 73102
lleffel@gablelaw.com
asmith@gablelaw.com

Carrie B. McNeer
Grant A. Fitz
GABLE GOTW ALS
110 N. Elgin Avenue
Suite 200
Tulsa, OK 74120-1490
cmcneer@gablelaw.com
gfitz@gablelaw.com

**Attorneys for Defendants State Farm and Defendants Grant Gingerich and Grant Gingerich Insurance Agency,**

FILED IN DISTRICT COURT
OKLAHOMA COUNTY



IN THE DISTRICT COURT OF OKLAHOMA COUNTY    DEC 31 2025
STATE OF OKLAHOMA

RICK WARREN
COURT CLERK

109

| | |
|---|---|
| BILL and LACY HURSH, | |
| *Plaintiffs,* | **CASE NO. CJ-2025-2626** |
| v. | **Hon. Amy Palumbo** |
| STATE FARM FIRE & CASUALTY COMPANY; MARK D. WELTY; and MARK D. WELTY INSURANCE AGENCY, INC., | |
| *Defendants.* | |

## JOURNAL ENTRY

COMES ON for hearing before this Court on the 25th day of November 2025, Plaintiffs Bill and Lacy Hursh's ("Plaintiffs") appeared on the following Motions: Defendant State Farm Fire & Casualty Company's ("State Farm") Motion to Quash Corporate Representative Notice; State Farm's Motion to Quash the Deposition Notices of Thomas Moss; State Farm's Motion to Quash the Deposition Notices of Nicole Manduca; State Farm's Motion to Quash the Deposition Notices of Scott Welsh; State Farm's Motion to Quash the Deposition Notices of Wensley Herbert; State Farm's Motion to Quash the Deposition Notices of Kathy Ress; State Farm's Motion to Quash the Deposition Notices of Tyrone Smith; State Farm's Motion to Quash the Deposition Notices of Wendy Mazza; and Defendant Mark D. Welty and Mark D. Welty Insurance Agency, Inc.'s ("Welty") Motion to Dismiss. The Court, having carefully reviewed the parties' briefs, hearing arguments of counsel, and consideration of additional materials provided at the hearing, finds and orders as follows:

1. The Court has considered the arguments set forth in the parties' extensive briefing on these discovery issues, as well as arguments made by counsel at the hearings, and consideration of additional materials provided at the hearing.

2. The Court has carefully considered and weighed each of the proportionality factors set forth in 12 O.S. § 3226(B) in conjunction with making its rulings as to the relevance and proportionality of each category of discovery at issue in State Farm's Motion to Quash Corporate Representative Notice as well as State Farm's seven individual Motion to Quash Deposition Notices, including the importance of the issues at stake in this action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

3. Having considered these factors, the Court finds the discovery sought herein is relevant to Plaintiffs' claims, including allegations of pattern and practice and the evidence at issue is reasonably calculated to lead to the discovery of admissible evidence and proportional to the needs of the case.

4. The Court hereby DENIES State Farm's Motion to Quash Corporate Representative Notice.

5. The Court hereby DENIES State Farm's Motion to Quash the Deposition Notices of Thomas Moss.

6. The Court hereby DENIES State Farm's Motion to Quash the Deposition Notices of Nicole Manduca.

7. The Court hereby DENIES State Farm's Motion to Quash the Deposition Notices of Scott Welsh.

8. The Court hereby DENIES State Farm's Motion to Quash the Deposition Notices of Wensley Herbert.

9. The Court hereby DENIES State Farm's Motion to Quash the Deposition Notices of Kathy Ress.

10. State Farm's Motion to Quash the Deposition Notices of Tyrone Smith and Wendy Mazza is MOOT.

   a. With respect to Wendy Mazza and Tyrone Smith, Plaintiffs have agreed to issue subpoenas to both, because State Farm claims these individuals are no longer employed by State Farm, and agree to travel to such jurisdiction wherein they reside.

11. The Court hereby DENIES Welty's Motion to Dismiss.

It is THEREFORE ORDERED, ADJUDGED, AND DECREED.

_____
THE HONORABLE AMY PALUMBO

APPROVED AS TO FORM:

_____
Reggie N. Whitten, OBA No. 9576
Michael Burrage, OBA No. 1350
Blake Sonne, OBA No. 20341
Hannah Whitten, OBA No. 35261
John S. Sanders, OBA No. 34990
Jake Denne, OBA No. 35097
**Whitten Burrage**
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Office: 405.516.7800
Facsimile:    405.516.7859
rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com
bsonne@whittenburragelaw.com

hwhitten@whittenburragelaw.com
jsanders@whittenburragelaw.com
jdenne@whittenburragelaw.com

**Attorneys for Plaintiffs**

Lanee E. Leffel
Ashlyn M. Smith
GABLE GOTWALS
BOK Park Plaza
499 W. Sheridan Ave., Suite 2200
Oklahoma City, OK 73102
lleffel@gablelaw.com
asmith@gablelaw.com

Carrie B. McNeer
Grant A. Fitz
GABLE GOTW ALS
110 N. Elgin Avenue
Suite 200
Tulsa, OK 74120-1490
cmcneer@gablelaw.com
gfitz@gablelaw.com

**Attorneys for Defendants State Farm and Defendants Mark D. Welty and Mark D. Welty Insurance Agency, Inc.**



FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JAN -6 2026

RICK WARREN
COURT CLERK
109 _____

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA**

DUANE and SUE YOST,

Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY
COMPANY and MIKE TEAGUE, an
individual,

Defendants.

CASE NO. CJ-2025-2576

**JOURNAL ENTRY**

NOW on this 5th day of January, 2025, this matter was set for hearing on Defendant Mike Teague's ("Teague") Motion to Dismiss and Brief in Support and Defendant State Farm Fire and Casualty Company's ("State Farm") Partial Motion to Dismiss and Brief in Support. The court, having carefully reviewed the briefs and hearing argument of counsel, finds as follows:

1. Teague's Motion to Dismiss Petition and Brief in Support is DENIED.

2. State Farm's Partial Motion to Dismiss Petition and Brief in Support is DENIED.

3. Defendants are granted 20 days leave to file an Answer, respectively.
   IT IS SO ORDERED.

_____
THE HONORABLE ANTHONY BONNER
DISTRICT COURT JUDGE



APPROVED AS TO FORM:

Reggie N. Whitten, OBA No. 9576
Michael Burrage, OBA No. 1350
Blake Sonne, OBA No. 20341
Hannah Whitten, OBA No. 35261
John S. Sanders, OBA No. 34990
Jake Denne, OBA No. 35097
**Whitten Burrage**
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Office: 405.516.7800
Facsimile:    405.516.7859
rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com
bsonne@whittenburragelaw.com
hwhitten@whittenburragelaw.com
jsanders@whittenburragelaw.com
jdenne@whittenburragelaw.com

*Attorneys for Plaintiffs*

Lance E. Leffel
Ashlyn Smith
GABLE GOTWALS
BOK Park Plaza
499 W. Sheridan Ave.
Suite 2200
Oklahoma City, OK 73102
lleffel@gablelaw.com
-and-
Carrie B. McNeer
Grant A. Fitz
GABLE GOTWALS
110 N. Elgin Avenue
Suite 200
Tulsa, OK 74120-1490
cmcneer@gablelaw.com
gfitz@gablelaw.com

*Attorneys for Defendants*



FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JAN 20 2026

RICK WARREN
COURT CLERK
11

# IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

|  |  |
|---|---|
| VERNON HARRIS,<br><br>*Plaintiff,*<br><br>v.<br><br>**STATE FARM FIRE AND CASUALTY COMPANY and CURTIS L. DAVIDSON A/K/A ERIC DAVIDSON, an individual, and ERIC DAVIDSON AGENCY LLC,**<br><br>*Defendants.* | **CASE NO. CJ-2024-8002**<br>**Hon. Don Andrews**<br><br>*Removed as No. CIV-25-58-SLP*<br><br>*Remanded August 21, 2025* |

## JOURNAL ENTRY

NOW on this 8th day of December, 2025, this matter was set for hearing on Defendant Curtis L. Davidson A/K/A/ Eric Davidson and Eric Davidson Insurance Agency, LLC's ("Davidson") Motion to Dismiss and Brief in Support. The court, having carefully reviewed the briefs and hearing argument of counsel, finds as follows:

1. Davidson's Motion to Dismiss and Brief in Support is DENIED.

IT IS SO ORDERED.

THE HONORABLE DON ANDREWS    1/16/2026
DISTRICT COURT JUDGE

APPROVED AS TO FORM:

*Hannah Whitten*

Reggie N. Whitten, OBA No. 9576
Michael Burrage, OBA No. 1350
Blake Sonne, OBA No. 20341
Hannah Whitten, OBA No. 35261
John S. Sanders, OBA No. 34990
Jake Denne, OBA No. 35097

**Whitten Burrage**
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Office: 405.516.7800
Facsimile:    405.516.7859
rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com
bsonne@whittenburragelaw.com
hwhitten@whittenburragelaw.com
jsanders@whittenburragelaw.com
jdenne@whittenburragelaw.com

*Attorneys for Plaintiffs*

Lance E. Leffel
GABLE GOTWALS
BOK Park Plaza
499 W. Sheridan Ave.
Suite 2200
Oklahoma City, OK 73102
lleffel@gablelaw.com

-and-

Carrie B. McNeer
J. Chase Gordon
GABLE GOTWALS
110 N. Elgin Avenue
Suite 200
Tulsa, OK 74120-1490
cmcneer@gablelaw.com
cgordon@gablelaw.com

*Attorneys for Defendants*

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JAN 20 2026

RICK WARREN
COURT CLERK

111 _____

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA**

\*106442 3227\*

ZACKERY RILEY and ADRIENNE RILEY,                )
                                                 )
    Plaintiffs,                             )
                                                 )
v.                                               )
                                                 )
                                                 )
STATE FARM FIRE AND CASUALTY                     )    Case No. CJ-2025-1328
COMPANY and OANH STANGER                         )
INSURANCE AGENCY, INC.,                          )
                                                 )
    Defendants.                             )
                                                 )
                                                 )
                                                 )

## JOURNAL ENTRY

NOW on this 24th day of November, 2025, this matter was set for hearing on Defendant Oanh Stanger Insurance Agency, Inc.'s ("Stanger") Motion to Dismiss and Brief in Support. The court, having carefully reviewed the briefs and hearing argument of counsel, finds as follows:

1. Stanger's Motion to Dismiss and Brief in Support is DENIED.

    IT IS SO ORDERED.

THE HONORABLE RICHARD OGDEN
DISTRICT COURT JUDGE

APPROVED AS TO FORM:

*Hannah Whitten*
_____
Reggie N. Whitten, OBA No. 9576
Michael Burrage, OBA No. 1350
Blake Sonne, OBA No. 20341
Hannah Whitten, OBA No. 35261
John S. Sanders, OBA No. 34990
Jake Denne, OBA No. 35097

**Whitten Burrage**
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Office: 405.516.7800
Facsimile:     405.516.7859
rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com
bsonne@whittenburragelaw.com
hwhitten@whittenburragelaw.com
jsanders@whittenburragelaw.com
jdenne@whittenburragelaw.com

*Attorneys for Plaintiffs*

_____
Lance E. Leffel
GABLE GOTWALS
BOK Park Plaza
499 W. Sheridan Ave.
Suite 2200
Oklahoma City, OK 73102
lleffel@gablelaw.com

-and-

Carrie B. McNeer
J. Chase Gordon
GABLE GOTWALS
110 N. Elgin Avenue
Suite 200
Tulsa, OK 74120-1490
cmcneer@gablelaw.com
cgordon@gablelaw.com

*Attorneys for Defendants*



**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

| | |
|---|---|
| BRET AND JANELLE METHVIN,<br><br>    *Plaintiffs,*<br><br>v.<br><br>STATE FARM FIRE & CASUALTY<br>COMPANY and<br>KRISTOPHER "NICKEY" LEE, an<br>individual,<br><br>    *Defendants.* | CASE NO. CJ-2025-1031<br>Hon. Richard Ogden<br><br>**FILED IN DISTRICT COURT**<br>**OKLAHOMA COUNTY**<br><br>MAR – 5 2026<br><br>RICK WARREN<br>COURT CLERK<br>88 |

**JOURNAL ENTRY**

NOW on this 9th day of February, 2026, this matter was set for hearing on Defendant Kristopher "Nickey" Lee's Motion to Dismiss Petition and Brief in Support. The court, having carefully reviewed the briefs and hearing argument of counsel, finds as follows:

1. Kristopher "Nickey Lee's Motion to Dismiss Petition and Brief in Support is DENIED.

    IT IS SO ORDERED.

THE HONORABLE RICHARD OGDEN
DISTRICT COURT JUDGE

APPROVED AS TO FORM:

_____

Reggie N. Whitten, OBA No. 9576
Michael Burrage, OBA No. 1350
Blake Sonne, OBA No. 20341
Hannah Whitten, OBA No. 35261
John S. Sanders, OBA No. 34990
Jake Denne, OBA No. 35097

**Whitten Burrage**
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Office: 405.516.7800
Facsimile:     405.516.7859
rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com
bsonne@whittenburragelaw.com
hwhitten@whittenburragelaw.com
jsanders@whittenburragelaw.com
jdenne@whittenburragelaw.com

*Attorneys for Plaintiffs*

_____

Timila S. Rother, OBA #14310
Paige A. Masters, OBA #31142
Amanda M. Finch, OBA #34650
CROWE & DUNLEVY, PC
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102
timila.rother@crowedunlevy.com
paige.masters@crowedunlevy.com
amanda.finch@crowedunlevy.com

*Attorneys for Defendants*

FILED IN DISTRICT COURT
Grady County, Oklahoma

IN THE DISTRICT COURT OF GRADY COUNTY
STATE OF OKLAHOMA

FEB 26 2026

MICA HACKNEY, Court Clerk
By: _____ Deputy

Dustin Young _____,
                    Plaintiff(s)

vs.

State Farm Fire & Casualty Co., et al.
                    Defendant(s)

: CJ- 25-117

Plaintiff Lawyer
Attorney(s) for Plaintiff(s)

Defendant Lawyer
Attorney(s) for Defendant(s)

_____

_____

_____          _____
                                      Court Reporter

☑ FINAL ORDER    ☐ ORDER TO BE PREPARED BY _____

Date: February 19, 2026

PLAINTIFF'S MOTION: _____

( ) SUSTAINED     ( ) OVERRULED     ( ) STRICKEN     ( ) MOVED TO _____

Further: _____

_____

_____

DEFENDANT'S MOTION: _____MTD_____

( ) SUSTAINED     (✓) OVERRULED     ( ) STRICKEN     ( ) MOVED TO _____

Further: _____

_____

_____

OTHER COMMENTS: _____

_____

_____

_____

_____

_____

_____
DISTRICT JUDGE

IN THE DISTRICT COURT OF COMANCHE COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA
Comanche County
FILED in the
Office of the Court Clerk

| | |
|---|---|
| NEIL and LACY WEST,<br><br>    *Plaintiffs,*<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY<br>   COMPANY<br><br>and<br><br>NANCY HOLCOMB INS.<br>   AGENCY, INC.,<br><br>    *Defendants.* | **OCT 2 4 2025**<br><br>By_____<br>          Deputy<br><br><br>CASE NO. CJ-2025-135 |

## JOURNAL ENTRY

NOW on this 8th day of October, 2025, this matter was set for hearing on Defendant Nancy Holcomb Insurance Agency, Inc.'s ("Holcomb") Motion to Dismiss Petition and Brief in Support. The court, having carefully reviewed the briefs and hearing argument of counsel, finds as follows:

1. Holcomb's Motion to Dismiss Petition and Brief in Support is DENIED.

    IT IS SO ORDERED.

THE HONORABLE GRANT SHEPERD
DISTRICT COURT JUDGE

I, ROBERT MORALES, District Court Clerk in and for Comanche County, Oklahoma hereby certify that the foregoing is a true, correct and complete copy of the instrument herewith set out as appears of record in the Court Clerk's office of Comanche County, Oklahoma, this _24_ day of _OCT._ 20_25_
ROBERT MORALES, District Court Clerk
By _____ Deputy

1

APPROVED AS TO FORM:

*Michael Burrage*

Reggie N. Whitten, OBA No. 9576
Michael Burrage, OBA No. 1350
Blake Sonne, OBA No. 20341
Hannah Whitten, OBA No. 35261
John S. Sanders, OBA No. 34990
Jake Denne, OBA No. 35097

**Whitten Burrage**
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Office: 405.516.7800
Facsimile:    405.516.7859
rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com
bsonne@whittenburragelaw.com
hwhitten@whittenburragelaw.com
jsanders@whittenburragelaw.com
jdenne@whittenburragelaw.com

*Attorneys for Plaintiffs*

*Timila Rother*

Timila S. Rother
Paige A. Masters
**CROWE & DUNLEVY, PC**
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102
timila.rother@crowedunlevy.com
paige.masters@crowedunlevy.com

*Attorneys for Defendant Nancy
Holcomb Insurance Agency, Inc.*

2



**OKLAHOMA STATE COURTS NETWORK**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| Jacob Giertz,<br>    Plaintiff,<br>v.<br>State Farm Fire And Casualty<br>Company and Jennifer Lowder<br>Insurance Agency Inc,<br>    Defendant. | No. CJ-2025-1132<br>(Civil relief more than $10,000: BAD FAITH INSURER LIABILITY)<br><br>Filed: 02/20/2025<br>Closed: 03/10/2026<br><br>Judge: Dishman, C. Brent |

## PARTIES

Giertz, Jacob, Plaintiff
Jennifer Lowder Insurance Agency Inc, Defendant
State Farm Fire And Casualty Company, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| MASTERS, PAIGE A (Bar #31142)<br>CROWE & DUNLEVY<br>A PROFESSIONAL CORPORATION BRANIFF BUILDING<br>324 N. ROBINSON AVE. SUITE 100<br>OKC, OK 73102 | Jennifer Lowder Insurance Agency Inc, |
| Rother, Timila S (Bar #14310)<br>324 N ROBINSON AVE SUITE 100<br>OKC, OK 73102 | Jennifer Lowder Insurance Agency Inc, |
| Sonne, Blake (Bar #20341)<br>512 NORTH BROADAY AVENUE SUITE 300<br>OKC, OK 73102 | Giertz, Jacob |

**03-10-2026  [ DISPJE ]**                                      State Farm Fire And Casualty Company 👤    **#1**

JUDGE DISHMAN: MOTION TO DISMISS - DENIED PER JE



**OKLAHOMA
STATE
COURTS
NETWORK**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| James E Black Jr,<br>   Plaintiff,<br><br>v.<br><br>State Farm Fire And Casualty Company and Randall Young Insurance Agency, Inc.,<br>   Defendant. | **No. CJ-2024-7827**<br>**(Civil relief more than $10,000: BAD FAITH INSURER LIABILITY)**<br><br>Filed: 12/06/2024<br><br><br>Judge: Mai, Natalie |

## PARTIES

Black, James E Jr, Plaintiff
Randall Young Insurance Agency, Inc., Defendant
State Farm Fire And Casualty Company, Defendant

## ATTORNEYS

| **Attorney** | **Represented Parties** |
|---|---|
| BURRAGE, MICHAEL (Bar #1350)<br>WHITTEN BURRAGE<br>512 N BROADWAY AVE<br>SUITE 300<br>OKLAHOMA CITY, OK 73102 | Black, James E Jr |
| Denne, Jake (Bar #35097)<br>512 N BROADWAY AVE, STE 300<br>PO BOX 2224<br>OKLAHOMA CITY, OK 73102 | Black, James E Jr |
| MASTERS, PAIGE A (Bar #31142)<br>CROWE & DUNLEVY<br>A PROFESSIONAL CORPORATION BRANIFF BUILDING<br>324 N. ROBINSON AVE. SUITE 100 | Randall Young Insurance Agency, Inc., |

RECEIPT # 2026-6003165 ON 01/16/2026.
PAYOR: WHITTEN & BURRAGE, LLP TOTAL AMOUNT PAID: $ 20.00.
LINE ITEMS:
CJ-2024-7827: $20.00 ON AC01 CLERK FEES.

**01-20-2026  [ CTFREE ]**

MAI- PARTIES APPEAR FOR HEAIRNG ON TWO MOTIONS. DEFENDANT RYAN YOUNG'S MOTION TO
DISMISS IS DENIED.
DEFENDANT STATE FARM FIRE AND CASUALTY'S MOTION FOR PROTECTIVE ORDER IS CONTINUED TO
ALLOW MORE TIME FOR HEARING.
COURT REPORTER: REGINA GARNETT

**01-23-2026  [ NO ]**

NOTICE OF STATE FARM FIRE AND CASUALTY COMPANY'S MOTION FOR PARTIAL CONSOLIDATION
FOR CORPORATE DISCOVERY PURPOSES ONLY PURSUANT TO LOCAL DISTRICT COURT RULE 9
Document Available (#1064507137) ⬜TIFF   ⬛PDF

**01-27-2026  [ RESP ]**

PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT STATE FARM FIRE AND CASUALTY
COMPANY'S MOTION FOR PROTECTIVE ORDER AND TO QUASH AND/OR STAY DEPOSITION NOTICE
OF NICOLE MANDUCA
Document Available (#1064415040) ⬜TIFF   ⬛PDF

**02-02-2026  [ CRF ]**                                                                                          $ 20.00

COURT REPORTER FEE-TRIAL ON MERITS

**02-02-2026  [ CTFREE ]**

MAI- PARTIES APPEAR FOR HEAIRNG ON THREE MOTIONS:
1) DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S MOTION FOR A PROTECTIVE ORDER
AND TO QUASH PLAINTIFF'S SEPTEMBER 10, 2025 CORPORATE REPRESENTATIVE DEPOSITION
NOTICE.
2) DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S MOTION FOR PROTECTIVE ORDER AND
TO QUASH AND/OR STAY DEPOSITION NOTICE OF NICOLE MANDUCA AND BRIEF IN SUPPORT.
3) PLAINTIFF'S MOTION TO COMPEL DISCOVERY.
RULING ON ALL MOTIONS STAYED PENDING RULING ON MOTION TO CONSOLIDATE HELD BEFORE
JUDGE DISHMAN.
COURT REPORTER: REGINA GARNETT

**02-02-2026  [ NOF ]**

NOTICE AND RECEIPT OF FILING
Document Available (#1063584719) ⬜TIFF   ⬛PDF

**02-02-2026  [ T&1 ]**

ORIGINAL TRANSCRIPT AND ONE COPY OF PROCEEDINGS HAD ON THE 20TH DAY OF JANUARY, 2026
BEFORE THE HONORABLE NATALIE MAI / COURT REPORTER REGINA GARNETT

**02-02-2026  [ MO ]**

DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S MOTION FOR ENTRY OF PROTECTIVE
ORDER
Document Available (#1064531618) ⬜TIFF   ⬛PDF

**02-02-2026  [ ACCOUNT ]**



**OKLAHOMA
STATE
COURTS
NETWORK**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| Doug Osborn,<br>ANGELA OSBORN<br>　　Plaintiff,<br>v.<br>State Farm Fire And Casualty Company,<br>STEVE WRIGHT<br><br>　　Defendant. | No. CJ-2025-1638<br>(Civil relief more than $10,000: BAD FAITH INSURER LIABILITY)<br><br>Filed: 03/10/2025<br><br><br>Judge: Ogden, Richard |

## PARTIES

Osborn, Doug, Plaintiff
Osbron, Angela, Plaintiff
State Farm Fire And Casualty Company, Defendant
Wright, Steve, Defendant

## ATTORNEYS

| **Attorney** | **Represented Parties** |
|---|---|
| BURRAGE, MICHAEL (Bar #1350)<br>512 N Broadway Ave<br>Suite 300<br>OKC, OK 73102 | Osborn, Doug |
| Denne, Jake (Bar #35097)<br>512 N BROADWAY AVE, STE 300<br>PO BOX 2224<br>OKLAHOMA CITY, OK 73102 | Osborn, Doug |
| Finch, Amanda M (Bar #34650)<br>324 N ROBINSON AVEV SUITE 100<br>OKC, OK 73102 | Wright, Steve<br>State Farm Fire And Casualty Company, |

**01-09-2026  [ NO ]**

NOTICE OF SUBPOENA TO PRODUCE AND PERMIT INSPECTION AND COPYING OF DOCUMENTS
Document Available (#1064330371) TIFF   PDF

**01-23-2026  [ RESP ]**

PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT STEVE WRIGHT'S MOTION TO DISMISS FIRST
AMENDED PETITION
Document Available (#1064447918) TIFF   PDF

**01-23-2026  [ NO ]**

NOTICE OF STATE FARM FIRE AND CASUALTY COMPANY'S MOTION FOR PARTIAL CONSOLIDATION FOR
CORPORATE DISCOVERY PURPOSES ONLY PURSUANT TO LOCAL DISTRICT COURT RULE 9
Document Available (#1064507769) TIFF   PDF

**01-30-2026  [ R ]**

DEFENDANT STEVE WRIGHT'S REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED PETITION
Document Available (#1064323239) TIFF   PDF

**02-04-2026  [ CRF ]**                                                                          $ 20.00

COURT REPORTER FEE-TRIAL ON MERITS HEARING 2-6-26

**02-04-2026  [ ACCOUNT ]**

RECEIPT # 2026-6014548 ON 02/04/2026.
PAYOR: WHITTEN & BURRAGE, LLP TOTAL AMOUNT PAID: $ 20.00.
LINE ITEMS:
CJ-2025-1638: $20.00 ON AC01 CLERK FEES.

**02-06-2026  [ CTFREE ]**

JUDGE OGDEN: DEFENDANT STEVE WRIGHT'S MOTION TO DISMISS PETITION-- CONT'D TO 02-09-2026 AT
2:30PM FOR AN ONE HOUR HEARING

**02-09-2026  [ CTFREE ]**

JUDGE STINSON: COUNSELS PRESENT, ARGUMENTS HEARD, DEFENDANT STEVE WRIGHT'S MOTION TO
DISMISS PETITION - DENIED / COURT REPORTER PEGGY CLEAVER

**03-02-2026  [ A ]**

DEFENDANT STEVE WRIGHT'S ANSWER TO PLAINTIFFS' FIRST AMENDED PETITION
Document Available (#1064819063) TIFF   PDF



**OKLAHOMA STATE COURTS NETWORK**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| Christopher Pruitt,<br>     Plaintiff,<br><br>v.<br><br>State Farm Fire And Casualty<br>Company AND JIM MOORE<br>     Defendant. | No. CJ-2024-7828<br>(Civil relief more than $10,000: BAD FAITH INSURER LIABILITY)<br><br>Filed: 12/06/2024<br><br><br>Judge: Dishman, C. Brent |

## PARTIES

Moore, Jim, Defendant
Pruitt, Christopher, Plaintiff
State Farm Fire And Casualty Company, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| Burrage, Michael (Bar #1350)<br>WHITTEN BURRAGE<br>512 N BROADWAY AVE<br>SUITE 300<br>OKLAHOMA CITY, OK 73102 | Pruitt, Christopher |
| Deligans, R. Ryan (Bar #19793)<br>920 North Harvey<br>Oklahoma City, OK 73102 | Pruitt, Christopher<br>Moore, Jim |
| Deligans, R. Ryan (Bar #19793)<br>920 North Harvey<br>Oklahoma City, OK 73102 | Pruitt, Christopher<br>Moore, Jim |

**05-22-2025  [ JUDG ]**

OFFER TO ALLOW JUDGMENT
Document Available (#1062070065) TIFF    PDF

**06-13-2025  [ NOH ]**

NOTICE OF HEARING
Document Available (#1062186192) TIFF    PDF

**06-27-2025  [ EAA ]**

ENTRY OF APPEARANCE - R RYAN DELIGANS
Document Available (#1062398200) TIFF    PDF

**06-30-2025  [ EAA ]**

ENTRY OF APPEARANCE BY ATTORNEY'S R. RYAN DEHGANS AND ANDREW M. GUNN FOR PETITIONER
CHRISTOPHER PRUITT
Document Available (#1062407085) TIFF    PDF

**07-03-2025  [ R ]**

DEFENDANT JIM MOORE'S REPLY IN SUPPORT OF HIS MOTION TO DISMISS
Document Available (#1062463851) TIFF    PDF

**07-09-2025  [ CTFREE ]**

JUDGE DISHMAN: DEFENDANT JIM MOORE'S MOTION TO DISMISS - DENIED

**08-25-2025  [ A ]**

DEFENDANT JIM MOORE'S ANSWER
Document Available (#1063035225) TIFF    PDF

**12-04-2025  [ MO ]**

PLAINTIFF'S MOTION FOR APPOINTMENT OF DISCOVERY MASTER
Document Available (#1063938401) TIFF    PDF

**12-17-2025  [ NOH ]**

NOTICE OF HEARING
Document Available (#1064204727) TIFF    PDF

**12-17-2025  [ MOC ]**

PLAINTIFF'S MOTION TO COMPEL DISCOVERY
Document Available (#1064029044) TIFF    PDF

**12-22-2025  [ NO ]**

DEFENDANT STATE FARM'S OPPOSITION TO PLAINTIFFS' MOTION FOR APPOINTMENT OF DISCOVERY
MASTER
Document Available (#1064027395) TIFF    PDF

**01-05-2026  [ CRF ]**                                                                                    $ 20.00

COURT REPORTER FEE-TRIAL ON MERITS JAN. 9TH HEARING

**01-05-2026  [ R ]**

PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR APPOINTMENT OF DISCOVERY MASTER
Document Available (#1064337420) TIFF    PDF

# IN THE DISTRICT COURT OF CLEVELAND COUNTY, STATE OF OKLAHOMA

Hawkins

**Plaintiff(s)**

**Attorney(s) for Plaintiff(s)**

— VS—

Case No. CJ-25-1110

Allstate / Shortleigh

**Defendant(s)**

**Attorney(s) for Defendant(s)**

## SUMMARY ORDER

Date: 3-9-26     Court Reporter: N/A     Judge: JV

Matter came on for a Shortleigh motion to Dismiss. Parties appear by counsel and present argument. Based upon the same, the Court finds said motion should be and is hereby denied. Shortleigh shall answer within 20 days of this date.

_____
**JUDGE**