**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **BRADLEY COX**<br><br>　　　*Plaintiffs*,<br><br>v.<br><br>**(1) STATE FARM FIRE AND**<br>**　　CASUALTY COMPANY**, and<br><br>**(2) JEREL WRIGHT,**<br><br>　　　*Defendants*. | **Case No. CIV-26-752-R**<br><br>*On removal from the District Court of*<br>*Oklahoma County, CJ-2026-790* |

**ENTRY OF APPEARANCE**

To the Clerk of the court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff, Bradley Cox.

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Date: May 12, 2026.

Respectfully submitted,

*s/Jake Denne*
Jake Denne, OBA No. 35097
**WHITTEN BURRAGE**
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Office: 405.516.7800
Facsimile: 405.516.7859
jdenne@whittenburragelaw.com
***Attorney for Plaintiff***