**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **BRADLEY COX** | |
| *Plaintiffs*, | **Case No. CIV-26-752-R** |
| v. | |
| **(1) STATE FARM FIRE AND CASUALTY COMPANY**, and | *On removal from the District Court of Oklahoma County, CJ-2026-790* |
| **(2) JEREL WRIGHT,** | |
| *Defendants*. | |

**ENTRY OF APPEARANCE**

To the Clerk of the court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff, Bradley Cox.

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Date: May 12, 2026.

Respectfully submitted,

*s/John S. Sanders*
John S. Sanders, OBA No. 34990
**WHITTEN BURRAGE**
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Office: 405.516.7800
Facsimile: 405.516.7859
jsanders@whittenburragelaw.com
***Attorney for Plaintiff***