**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

**BRADLEY COX**,

    *Plaintiff*,

**v.**

**STATE FARM FIRE AND CASUALTY COMPANY, AND JEREL WRIGHT.**

    *Defendants*.

**CASE NO. 26-cv-00752-R**

## <u>ENTRY OF APPEARANCE</u>

To:    The Clerk of Court and all Parties of Record

Enter my appearance as counsel in this case for: Plaintiff, Bradley Cox. I certify that I am admitted to practice in this court and am registered to file documents electronically with this Court.

May 12, 2026                        Respectfully submitted,

                                     *s/Michael Burrage*
                                     Michael Burrage, OBA #1350
                                     Reggie N. Whitten, OBA #9576
                                     Blake Sonne, OBA #20341
                                     Hannah Whitten, OBA #35261
                                     John S. Sanders, OBA #34990
                                     Jake Denne, OBA #35097
                                     **WHITTEN BURRAGE**
                                     512 North Broadway Avenue, Suite 300
                                     Oklahoma City, OK 73102
                                     Telephone:   (405) 516-7800
                                     Facsimile:   (405) 516-7859
                                     rwhitten@whittenburragelaw.com

mburrage@whittenburragelaw.com
bsonne@whittenburragelaw.com
hwhitten@whittenburragelaw.com
jsanders@whittenburragelaw.com
jdenne@whittenburragelaw.com

***Attorneys for Plaintiff***