**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

BRADLEY COX, )
)
    Plaintiff, )
)  Case No. 26-CV-00752-R
)
)
STATE FARM FIRE AND, )
CASUALTY COMPANY, AND )
JERELWRIGHT, )
)
    Defendant. )

**ENTRY OF APPEARANCE**

To: The Clerk of Court and all Parties of Record

  I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff, Bradley Cox.

May 12, 2026       Respectfully submitted,


          *s/Reggie N. Whitten*
          Reggie N. Whitten, OBA No. 9576
          Michael Burrage, OBA No. 1350
          Blake Sonne, OBA No. 20341
          Hannah Whitten, OBA No. 35261
          John S. Sanders, OBA No. 34990
          Jake Denne, OBA No. 35097
          **WHITTEN BURRAGE**
          512 North Broadway Avenue, Suite 300
          Oklahoma City, OK 73102
          Office:  405.516.7800
          Facsimile: 405.516.7859
          rwhitten@whittenburragelaw.com
          mburrage@whittenburragelaw.com
          bsonne@whittenburragelaw.com
          hwhitten@whittenburragelaw.com
          jsanders@whittenburragelaw.com
          jdenne@whittenburragelaw.com
          ***ATTORNEYS FOR PLAINTIFFS***