UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA
200 NW 4TH STREET, OKLAHOMA CITY, OK 73102

**STATUS/SCHEDULING CONFERENCE DOCKET BEFORE JUDGE DAVID L. RUSSELL**
**THURSDAY, OCTOBER 1ST, 2026**

**NOTICE TO ALL COUNSEL**: The Joint Status/Scheduling Report and Discovery Plan (one document) to be filed no **later than Wednesday, September 23rd, 2026.**

The Status/Scheduling Conference will be conducted via conference call. Participation in this conference call by at least one attorney of record for each party is mandatory. Failure to appear may result in sanctions.

To participate in the conference call, dial **1-855-244-8681**. When prompted, enter the access code **2318 773 0374 #.**

**9:00 a.m.**

| | | |
|---|---|---|
| CIV-25-710-R | Weldon H. Marsh and Joy T. Marsh | Roe T. Simmons |
| | -v- | |
| | SRT Landing LLC, et al. | McKayla L. Hendrix<br>Rob James |

**9:15 a.m.**

| | | |
|---|---|---|
| CIV-26-752-R | Bradley Cox | Reggie Whitten<br>Michael Burrage<br>Blake Sonne, et al. |
| | -v- | |
| | State Farm Fire and Casualty Co. | Amanda Mayo Finch<br>Paige Masters<br>Timila S. Rother |

**9:30 a.m.**

| | | |
|---|---|---|
| CIV-26-753-R | John Doe | Cameron M. Spradling<br>Katelyn A. Elrond |
| | -v- | |
| | Oklahoma County Criminal Justice Auth. | Aaron C. Etherington<br>Carri A. Remillard |

**9:45 a.m.**

| | | |
|---|---|---|
| CIV-26-942-R | Rebecca E. Stanford | Patricia A. Podolec |
| | -v- | |
| | OU Medicine | Alyssa N. Lankford |

**10:00 a.m.**

| | | |
|---|---|---|
| CIV-26-1017-R | Christopher Hibbs | Curt C. Hesse<br>Melissa A. Moore |
| | -v- | |
| | Smart Oilfield Solutions LLC | Hilary Wise<br>Philip R. Bruce |

**10:15 a.m.**

| | | |
|---|---|---|
| CIV-26-1121-R | Hailie Nicole Luther | *Pro se* |
| | -v- | |
| | First National Bank & Trust of Chickasha | Nathan L. Whatley |

**10:30 a.m.**

| | | |
|---|---|---|
| CIV-26-1183-R | North American Company for Life and Health Insurance | Andrew James Morris<br>J. Craig Buchan |
| | -v- | |
| | Teresa Jordan, Kevin Moody, Brian Moody, Katherine Moody, and Kimberly Zellar | Matt Wheatley<br>James M. Fatigante<br>and *Pro Se Defendants* |

**10:45 a.m.**

| | | |
|---|---|---|
| CIV-26-1531-R | Abe Burrell | Mark E. Hammons |
| | -v- | |
| | Integris Health Inc. | Alyssa N. Lankford<br>Kristin M. Simpsen |

**11:00 a.m.**

| | | |
|---|---|---|
| CIV-26-1865-R | Brooks Ratzlaff and Laney Ratzlaff | William M. Lewis |
| | -v- | |
| | State Farm Fire and Casualty Company | Braden M. Hoffmann<br>Jerrel S. Henderson |

**11:15 a.m.**

| | | |
|---|---|---|
| CIV-26-2036-R | Baloru Properties LLC | Matthew M. McGrew<br>Michael D. McGrew<br>Robin D. McGrew |
| | -v- | |
| | Atain Specialty Insurance Company | Kelsey A Chilcoat<br>Michael D. Feiler |