**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| Bradley Cox, Plaintiff | ) | |
| vs. | ) | Case No. CIV-26-752-R |
| State Farm Fire and Casualty Company, Defendant | ) | Trial Docket: **July 2027** |

## SCHEDULING ORDER

Date: Judge: David L. Russell Deputy Clerk: Taylor Beams

Appearing for Plaintiff: John Sanders

Appearing for Defendant: Paige Masters

Jury Trial ☒ Non-Jury Trial ☐

**THE FOLLOWING DEADLINES ARE SET BY THE COURT**

1. Motions to join additional parties to be filed w/in 60 days.

2. Motions to amend pleadings to be filed w/in 60 days.

3. (a) Plaintiff to file a final list of expert witness(es) in chief and submit expert reports to defendant by 03/18/2027.*

   (b) Defendant to file a final list of expert witness(es) in chief and submit expert reports to plaintiff by 14 days thereafter.*

4. (a) Plaintiff to file a final list of witnesses, together with addresses and brief summary of expected testimony where a witness has not already been deposed by 03/30/2027.*

   (b) Defendant to file a final list of witnesses (as described above) 14 days thereafter.*

5. (a) Plaintiff to file a final exhibit list by: 03/30/2027.* Defendant to file objections to Plaintiff's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), by 14 days thereafter.

   (b) Defendant to file a final exhibit list by 04/15/2027.* Plaintiff to file objections to Defendant's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), 14 days thereafter.

   ***The listing of witnesses and exhibits shall separately state those expected to be called or used and those which may be called or used if the need arises. Except for good cause shown, no witness will be permitted to**

**testify and no exhibit will be admitted in any party's case in chief unless such witness or exhibit was included in the party's filed witness or exhibit list.**

6. Discovery to be completed by 06/04/2027.

7. All dispositive and Daubert motions to be filed by 04/16/2027.

   If the deadline for dispositive motions and Daubert motions precedes the discovery deadline, the parties are expected to conduct any discovery necessary for such motions in advance of the motion deadline.

8. Trial docket July 2027.**

   ****Trial dockets generally begin the second TUESDAY of each month; however, this practice varies, particularly during holidays. The published trial docket will announce the trial setting.**

   The interval between the dispositive motion deadline (¶ 7) and the trial docket (¶ 8) is relatively inflexible. An extension of time to file or respond to a motion for summary judgment will likely affect the trial setting.

9. Designations of deposition testimony to be used at trial to be filed by 06/18/2027. Objections and counter-designations to be filed by 06/25/2027.

10. Motions in limine to be filed by 06/18/2027.

11. Requested voir dire to be filed by 06/18/2027.

12. Trial briefs (optional unless otherwise ordered) to be filed by ______.

13. Requested jury instructions to be filed on or before 06/18/2027.***

14. NON-JURY CASES ONLY: Proposed findings and conclusions of law to be filed no later than ________.

    *****In addition to filing, the parties are encouraged, but not required, to submit their proposed jury instructions or findings of fact and conclusions of law in Word format to the Clerk via the Court's designated mail box: russell-orders@okwd.uscourts.gov**

15. Any objection or responses to the trial submissions referenced in 10, 11, 12, 13, or 14 to be filed within five (5) days thereafter.

16. Proposed final pretrial report, approved by all counsel, **and in full compliance** with Local Rules (see Appendix IV), together with a proposed order approving the report, to be submitted to the Court by 06/18/2027.

17. This case is referred to the following Court- sponsored ADR/settlement process or special trial track: by agreement of the parties ☐ or by Order of the Court. ☐

18. Except as may be otherwise ordered by the assigned judge, this case will not be scheduled for a judicial settlement conference unless, within ten calendar days after the trial docket is published, the parties file a joint motion requesting a judicial settlement conference. The motion shall provide reasons justifying the commitment of court resources to the settlement process, and shall describe the reasons for which efforts to settle the case by other means have been unsuccessful.

19. The parties consent to trial by a Magistrate Judge. ☐

20. Initial disclosure pursuant to Fed. R. Civ. P. 26 has been made ☐; is excused ☐; or shall be made no later than ________________ .☐

21. Other:

By Order of the Court,
Joan Kane, Clerk
By: s/Taylor Beams
Deputy Clerk